```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  DARREN J. ROBBINS (168593)
    DARRYL J. ALVARADO (253213)
 3  655 West Broadway, Suite 1900
    San Diego, CA  92101
 4  Telephone:  619/231-1058
    619/231-7423 (fax)
 5  darrenr@rgrdlaw.com
    dalvarado@rgrdlaw.com
 6
    Attorneys for Plaintiff
 7
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |

| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HP INC., DION J. WEISLER and CATHERINE A. LESJAK,<br><br>　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:20-cv-07835<br><br><u>CLASS ACTION</u><br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
|---|---|---|

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3

4
                                    *s/ Darren J. Robbins*
5
                  ATTORNEY OF RECORD FOR PLAINTIFF
                  YORK COUNTY ON BEHALF OF THE
6                   COUNTY OF YORK RETIREMENT FUND

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – No. 3:20-cv-07835    - 1 -