1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  DARREN J. ROBBINS (168593)
   DARRYL J. ALVARADO (253213)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  darrenr@rgrdlaw.com
   dalvarado@rgrdlaw.com
6
   Attorneys for Plaintiff
7
                      UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HP INC., et al., <br><br> Defendants. | Case No. 3:20-cv-07835-LHK <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF APPEARANCE OF COUNSEL |

Cases\4820-2629-6273.v1-11/9/20

1  Please note the appearance of the undersigned Darryl J. Alvarado of Robbins Geller Rudman
2  & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, phone number
3  619/231-1058; e-mail: dalvarado@rgrdlaw.com as counsel for plaintiff York County on behalf of the
4  County of York Retirement Fund in this action. The undersigned respectfully requests to be
5  included via e-mail on the Court's notification of all electronic filings in this action.

6  DATED: November 9, 2020

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
DARRYL J. ALVARADO


            s/ Darryl J. Alvarado
          DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dalvarado@rgrdlaw.com

Attorneys for Plaintiff

NOTICE OF APPEARANCE OF COUNSEL - 3:20-cv-07835-LHK   - 1 -
Cases\4820-2629-6273.v1-11/9/20

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I hereby certify under penalty of perjury that on November 9, 2020, I authorized the
3 electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will
4 send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,
5 and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to
6 the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Darryl J. Alvarado
   DARRYL J. ALVARADO

   ROBBINS GELLER RUDMAN
   &amp; DOWD LLP
   655 West Broadway, Suite 1900
   San Diego, CA  92101-8498
   Telephone:  619/231-1058
   619/231-7423 (fax)

   E-mail:  dalvarado@rgrdlaw.com

Cases\4820-2629-6273.v1-11/9/20

# Mailing Information for a Case 5:20-cv-07835-LHK York County on Behalf of the County of York Retirement Fund v. HP Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`