1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>  vs.<br><br>HP INC., et al.,<br><br>                          Defendants. | Case No. 4:20-cv-07835-JSW<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MARYLAND ELECTRICAL INDUSTRY PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4810-8130-2230.v1

1  Having considered Maryland Electrical Industry Pension Fund's (the "Pension Fund") Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

 1. The Motion is GRANTED.

 2. The file in Case No. 4:20-cv-7835-JSW shall be the master file for the action. All securities class actions on behalf of purchasers of HP Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent a Court order. A party objecting to such consolidation must file a motion for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

 3. The Pension Fund is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

 4. The Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: February 11, 2021

*Jeffrey S White*

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING MARYLAND ELECTRICAL INDUSTRY PENSION FUND'S MOTION FOR APPT AS LEAD PLTF & APPROVAL OF LEAD PLTF'S SELECTION OF LEAD COUNSEL - 4:20-cv-07835-JSW - 1 -
4810-8130-2230.v1