| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>DARRYL J. ALVARADO, SBN 253213<br>RACHEL A. COCALIS, SBN 312376<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619.231.1058<br>Facsimile: 619.231.7423<br>dalvarado@rgrdlaw.com<br>rcocalis@rgrdlaw.com | GIBSON, DUNN & CRUTCHER LLP<br>BRIAN M. LUTZ, SBN 255976<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br>BLutz@gibsondunn.com<br><br>SIDLEY AUSTIN LLP<br>SARA B. BRODY, SBN 130222<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415.772.1200<br>sbrody@sidley.com |
| *Counsel for Plaintiff York County on Behalf of the County of York Retirement Fund* | *Counsel for Defendants HP Inc., Dion J. Weisler, and Catherine A. Lesjak* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HP INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:20-cv-07835-JSW<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR THE AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS BRIEFING |

4831-8843-6957.v1

Lead Plaintiff Maryland Electrical Industry Pension Fund ("Lead Plaintiff") and HP Inc., Dion J. Weisler, and Catherine A. Lesjak, (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, stipulate and agree and jointly request that the Court approve the Parties' proposed schedule set forth below:

WHEREAS, on November 5, 2020, plaintiff York County on behalf of the County of York Retirement Fund filed a putative class action against Defendants alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5, promulgated thereunder (ECF No. 1);

WHEREAS, counsel for Defendants accepted and waived service of summons on behalf of all Defendants (ECF No. 11 at 1);

WHEREAS, by order filed December 4, 2020, the Court ordered that Defendants would not be required to answer or otherwise respond to the complaint until after a lead plaintiff and lead counsel were appointed ("December 4 Order") (ECF No. 17 at 1);

WHEREAS, by order dated February 11, 2021, the Court appointed Maryland Electrical Industry Pension Fund to serve as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel in this litigation (ECF No. 30 at 2 );

WHEREAS, the December 4 Order required the Parties to "meet and confer within fourteen (14) days of the Court's appointment of lead plaintiff regarding a proposed schedule for further pleadings in this matter" (ECF No. 17 at 2); and

WHEREAS, the Parties through their undersigned counsel have met and conferred to discuss a schedule for the filing of an amended complaint, Defendants' response thereto, and a briefing schedule for any motion to dismiss, and have agreed to the schedule set forth below.

IT IS ACCORDINGLY STIPULATED, subject to this Court's approval, that:

1. Lead Plaintiff shall file an amended complaint on or before April 21, 2021;

2. Defendants shall answer, move, or otherwise respond to Lead Plaintiff's amended complaint on or before June 21, 2021;

|   |   |
|---|---|
| 1 | 3.     Lead Plaintiff shall file an opposition to any motion to dismiss filed by Defendants on or before August 20, 2021; and |

3.     Lead Plaintiff shall file an opposition to any motion to dismiss filed by Defendants on or before August 20, 2021; and

4.     Defendants shall file any reply on or before October 4, 2021.

Stipulated by and between:

DATED:  February 19, 2021               ROBBINS GELLER RUDMAN
    & DOWD LLP
DARRYL J. ALVARADO
RACHEL A. COCALIS


        s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
rcocalis@rgrdlaw.com

Lead Counsel

DATED:  February 19, 2021               GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ


        s/ BRIAN M. LUTZ
BRIAN M. LUTZ

555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: (415) 393-8200
Fax: (415) 374-8474
blutz@gibsondunn.com

SIDLEY AUSTIN LLP
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

Counsel for Defendants HP Inc., Dion J. Weisler, and Catherine A. Lesjak

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR THE AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS BRIEFING - 4:20-cv-07835-JSW
4831-8843-6957.v1

- 2 -

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, DARRYL J. ALVARADO, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: February 19, 2021

                                           s/ DARRYL J. ALVARADO
                                              DARRYL J. ALVARADO

4831-8843-6957.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 19, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dalvarado@rgrdlaw.com

4831-8843-6957.v1

# Mailing Information for a Case 4:20-cv-07835-JSW York County on Behalf of the County of York Retirement Fund v. HP Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,e_file_SD@rgrdlaw.com

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com,E_File_SD@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Sara B. Brody**
  sbrody@sidley.com,ddelarocha@sidley.com,sarah-hemmendinger-9052@ecf.pacerpro.com,sfdocket@sidley.com,sara-brody-9555@ecf.pacerpro.com

- **Rachel A. Cocalis**
  rcocalis@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew James Dolan**
  mdolan@sidley.com,kblakeman@sidley.com,sfefilingnoitce@sidley.com,sfdocket@sidley.com,matthew-dolan-7481@ecf.pacerpro.com

- **Brian Michael Lutz**
  BLutz@gibsondunn.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`