**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
MICHAEL J. KAHN, SBN 303289
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
BLutz@gibsondunn.com
MJKahn@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

*Counsel for Defendants HP Inc., Dion J.*
*Weisler, Catherine A. Lesjak, Enrique Lores*,
*and Richard Bailey*

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
MATTHEW J. DOLAN, SBN 291150
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415.772.1200
sbrody@sidley.com
mdolan@sidley.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, *Individually and on Behalf of All Others Similarly Situated*,<br><br>                    Plaintiff,<br><br>          v.<br><br>HP INC., et al.,<br><br>                    Defendants. | Case No. 4:20-cv-07835-JSW<br><br>**DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date:  October 22, 2021<br>Time:  9:00 a.m.<br>Location:  Courtroom 5, 2nd Floor<br>Judge:  Hon. Jeffrey S. White |

Gibson, Dunn &
Crutcher LLP

I, LISSA M. PERCOPO, declare and state as follows:

I am an attorney duly licensed by the State Bar of New York and admitted *pro hac vice* to practice before this Court.  I am of counsel in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants HP Inc. ("HP" or the "Company"), Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, and Richard Bailey (the "Individual Defendants") (HP and the Individual Defendants, together, "Defendants") in the above-captioned case.  I make this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Consolidated Complaint for Violation of the Federal Securities Laws ("Motion to Dismiss"), filed concurrently herewith.

1. Attached hereto as **Exhibit 1** is an excerpt of a true and correct copy of HP's Annual Report on Form 10-K for the fiscal year ending on October 31, 2015, filed December 16, 2015.

2. Attached hereto as **Exhibit 2** is a true and correct copy of HP's Form 8-K filed November 5, 2015.

3. Attached hereto as **Exhibit 3** is an excerpt of a true and correct copy of Hewlett-Packard Company's Form 10-Q for the quarterly period ending on July 31, 2015, filed September 8, 2015.

4. Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of HP's Fourth Quarter 2015 Earnings Conference Call, dated November 24, 2015.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of HP's First Quarter 2016 Earnings Conference Call, dated February 24, 2016.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of HP's Second Quarter 2016 Earnings Conference Call, dated May 25, 2016.

7. Attached hereto as **Exhibit 7** is a true and correct copy of a transcript of HP's presentation at the March 1, 2016 Morgan Stanley Technology, Media & Telecom Conference.

8. Attached hereto as **Exhibit 8** is a true and correct copy of a transcript of HP's presentation at the June 1, 2016 Sanford C. Bernstein Strategic Decisions Conference.

9. Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of the June 21, 2016 Printing Update Conference Call.

10. Attached hereto as **Exhibit 10** is an excerpt of a true and correct copy of a transcript of the September 15, 2015 Security Analyst Meeting.

1

DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS – CASE NO. 4:20-CV-07835-JSW

11.     Attached hereto as **Appendix A** is a chart prepared by counsel for Defendants that graphically represents the reasons why each of the allegedly false or misleading statements challenged in the Complaint should be dismissed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21st day of June, 2021, at Washington, D.C.

By: */s/ Lissa M. Percopo*
Lissa M. Percopo

2