# EXHIBIT 7

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Company Conference Presentation

**Tuesday, March 01, 2016 7:45 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .......................................................................... 3

Presentation .......................................................................... 4

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Catherine A. Lesjak**
*Former Interim Chief Operating
Officer*

**ANALYSTS**

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Good morning. Welcome to the HP presentation. Let me just fix this to make sure everybody can hear. Welcome to the HP presentation. I'm Katy Huberty, Morgan Stanley's IP hardware analyst, and with me is Cathie Lesjak, CFO of HP.

Before we begin, I just need to read a couple of disclosures. First of all, Morgan Stanley disclosures can be found on our website or at the registration desk. Also I'd like to note that elements of HP's presentation are forward-looking and are based on our best view -- their best view of the world and their business as they see them today. For more detailed information, please see the disclaimers in the first quarter '16 earnings materials related to forward-looking statements that involve risks, uncertainties and assumptions. For a discussion of some of these risks, uncertainties and assumptions, please refer to HP's SEC reports, including their most recent Form 10-K filed with the SEC. HP assumes no obligation and does not intend to update any such forward-looking statements. We also note that the financial information discussed today reflects estimates based on information available at this time and could differ materially from the amounts ultimately reported in HP's Form 10-Q for the fiscal quarter ended January 31, 2016. For financial information that has been expressed on a non-GAAP basis, we've included -- they have included reconciliations to the comparable GAAP information in the earnings materials posted on the website www.hp.com.

So with that, thank you for joining us.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Thank you very much. It's good to be here.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

So, Cathie, you've spent 30 years at HP. Tell us a little bit about your perspective on the benefits of now running HP, Inc. as a much smaller entity than the one that you've navigated for the entire 30 years.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

You know, there's kind of 3 that I call out, and there's probably more, but let me call out 3. The first one that really hit me with, one, is our very first board meeting. So we've put together a fantastic board, and we picked, which is a little unusual, but we got to pick the vast majority of the board for the skills and the experiences that we really thought would help us. And the very first board meeting, we spent the entire board meeting almost on print. Do you know that at HP Co., I'm not sure we ever spent that much time with that level of a deep dive on print. And then the next board meeting, we spent kind of a comparable amount on Personal Systems. And so just having the attention and the wisdom and the experience of these board members totally focused on 2 businesses instead of 6, is, I think, going to really serve us well. I think that we will make better decisions and drive more value.

Secondly, I would say that even among kind of Dion's staff, there's a higher level of accountability, and you might say, "Well, why would that be?" Well, when you've got 6 segments, you can count on the diversification to kind of offset a problem. And so there's just a slight -- it's not something that I can put my finger on, but it's a slight kind of lap -- lower level of accountability than when you have no place to hide. And so I really see this in the staff members on Dion's staff. And then for me personally, the last thing I guess I'd say is because the company is a bit smaller, about half the size, 2 business segments, I spend a lot more time on operational reviews and getting into the detail about the very specific businesses. And again, all of these things, I think, will really help us make the right decisions, the right investments to set this company up well.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Good. So the separation comes at an interesting time from a macro perspective, from a structural perspective in some of the industries that you play in. PC and printer revenue declined the last couple of quarters. You announced some incremental restructuring beside some of the profit headwinds, including currency. So talk a little bit about what do you have under your control in order to improve the fundamentals of the business over the next year or 2.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

I think that is actually a very good question because, obviously, there is a lot of things that are outside of our control. We don't control the strength of the dollar. We don't control whether or not kind of our Japanese print competitors are going to price really aggressive, because they have a real tailwind with respect to the yen. But what we do control is how we respond to those environments. And that really hit us coming out of the Q4 earnings call and understanding the incrementally toughness in the markets. We stepped back and we said, "Okay, what are we going to do about that." And we knew that we wanted to preserve our investment in innovation, especially in the growth and the future categories of the strategy that we laid out. At the Security Analyst Meeting we said, "Okay, what do have we do in order to do that and basically set ourselves up for success." And we knew that we had about $1 billion in productivity initiatives that still required more operationalization of it, and so we went after that. And then we said, "Listen, we've got incremental headwinds. Those were already baked into the plan. We've got incremental headwinds. How are we going to adjust for that without touching our R&D investments?" So we went hard after nonrevenue-generating expenses and they're labor as well as nonlabor that we've really gone after, and I do think that, again, kind of part of being a smaller company, is this team really rallied and it was tough work. I mean, basically pulling in the restructuring that was supposed to take 3 years and basically accelerating it and putting it into this year is not easy. And so during the month of December, before we went on the holiday break, we basically put the plans in place and then through January, we basically sent the plans all the way down to the lowest level and did exactly what the word I can't say, operationalize them, and I feel good about how we responded in an environment in which some of the things that are happening are outside of our control, and I believe that we will continue to do that and we will continue to do that for as long as it doesn't -- we don't start making bad decisions, but there is still more opportunity, I believe, to refine the cost structure.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

So the main reason you're able to hold EPS guidance despite some of the weakness is the acceleration of workforce rebalancing and it sounds like...

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Workforce rebalancing as well as nonlabor actions that we're taking. That is what's provided that capacity so that we can continue to innovate.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

And you feel like you can do that every quarter, every 6 months if the PC and printer markets continue to remain weak?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So there will be the law of diminishing returns here, for sure, but I do think that there is -- and Dion said it on the earnings call last week, we think there's more opportunity here and we're going to continue to basically mine our cost structure and make sure that as a smaller, more nimble company, that we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are making only the right investments that we don't have layers upon layers of checkers checking the checkers, checking the checkers, and we're streamlining things. It's a real opportunity. If you go back to the first question, it's a real opportunity that you get, because we have 2 businesses. We have print and we have PCs. And while they are different businesses, there are things that are common. We -- for example, our IT infrastructure at HP Co., it was highly complex. We had to deal with an Enterprise Services business. We had to deal with Industry Standard Servers. We had to deal with software. Our business model are more narrow in focus, and therefore, we can optimize our IT infrastructure better.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

One of the other benefits of the separation was capital efficiency and each company could decide what was right given the long-term trajectory of the business and recurring revenues and what have you. And so we think about the current state of HP Inc. You're paying north of a 4% dividend yield. Last quarter, you bought back 100 million of stock. And historically, you haven't done acquisitions. Is that the general makeup of the capital return strategy or could we see that evolve or shift slightly over time?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So I think that one of -- so in terms of returning cash to shareholders, we've been very clear. We're going to return 50% to 75% of our free cash flow to shareholders. In fiscal '16, we're going to do 75%. That's going to be a mix of dividends as well as share repurchases, and I know you didn't intend to, but you misspoke, we spent about $800 million in share repurchases in Q1. And you can see, at that level, that is consistent with how we kind of view the future at that 50% to 75%, where I think it's a little different than history is that in recent history, we have not spent much for printers and PCs in the M&A space. And that goes right back to the fact that when you're looking at a company of the size of HP Co., you are making choices. And when you Pareto those choices, some things fall below the line. Well, now you're a smaller company and you look at those choices and you may -- things that fell below the line are now above the line, not in terms of do they make economic sense, but how much economic sense do they make? And so you will see us do M&A. I don't think that -- I think that M&A plays an important role. It will be moderate in nature. It will be returns based. It will be looked at -- all of the different kind of options, whether it's share repurchases or other different types of transactions we might do, will be looked at kind of together to see which ones makes the most sense, but you will see us have that in our capital allocation.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

In terms of strategic areas of interest, you talked about graphics and 3D printing, whether that be organic or inorganic. But there are also some companies that have put printer assets up for sale. They have some strengths around Managed Print Services where you share hasn't been as high as maybe it should in the past. They've acquired software which is something that you haven't done. Why would it not make sense to look at some of the legacy assets that you wholly focused on those growth categories that you've outlined?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

I think that you have to go kind of back to what I said about M&A. M&A is going to be returns based. We're going to look at all of the different strategic options that are out there for us, but that at it's kind of core, if you look at the strategy that we laid out at the Security Analyst Meeting, the areas of focus within the core that we think are pockets of opportunity in the growth space; around the copier market, around packaging and graphics, around commercial mobility and then our future around Blended Reality, any M&A that we do, you're going to look at that piece of paper and you're going to know where it lands. There shouldn't be any surprises. You may or may not like the choice that we make, I can't guarantee you're going to like the choice, but I can guarantee that it's going to be returns based. When we look at kind of the Lexmark decisions or announcements and the Xerox separation, we actually think it creates an opportunity, because it creates uncertainty in clients. They now don't know for sure who is going to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

provide that multi-year Managed Print Services contract, and therefore, we look, and we are, very stable. They know what they're going to get, they know who's going to deliver service over a multi-year contract, and therefore, it's an opportunity for us. And that's more the way we think about it.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Given you brought that up, does the consolidation in the industry or those assets up for sale along with the strengthening yen, is there an outlook for better pricing, more favorable competitive environment in the printer business?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So we're not hoping for that, and I think that Dion has been quite eloquent about the fact that we're recognizing -- so the question that you asked earlier, what's in our control and what's not? And we recognize that the environment that we are in today is a new normal, and we have to figure out how to compete effectively with the right cost structure and the right innovation in order to be successful.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Last quarter free cash flow fell short of expectations. But when you look at the full year guidance, you only lowered it by the $ million, which is the incremental restructuring cost. Tell us why you're so confident that you can make up for that shortfall?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

First, maybe a little bit of context. We always expected that Q1 would be one of our -- would be our seasonally weakest quarter, and that's for a couple of reasons. One, we pay our incentive bonus that we've accrued over the previous year -- we pay it all in Q1. And so that's always been a bit of a headwind to free cash flow in the first quarter. And then also, we had -- we expect that the year is more back-end loaded from an EPS perspective, and of course, that also drives free cash flow. That context being the case, we still were -- we did not meet our expectations for free cash flow in Q1. And that was largely due to the lower volumes of revenue that we saw in Personal Systems. When a business is declining and has a very significant cash conversion cycle, there are very significant fluctuations in free cash flow as a result of timing. And if you think about it, you are basically paying payables that are, let's say, from last quarter when the revenue was higher, and you're replacing them with payables this quarter where revenue is lower. And that's really what happened. You look at payables and you look at also volume sensitive accrued liabilities -- significantly below what we had expected. Now for the most part, that's tiny. What you -- what is a, let's say, relatively permanent is that the volume -- that revenue was going to generate a certain amount of cash earnings. And that cash earnings unless we're able to bring the volumes back up is relatively permanently gone. The good news is that in Personal Systems you think about an operating margin of 3% to 4%, and sometimes a little higher than that, but roughly a 3% to 4% operating margin. The cash earnings are not too far off of that. And so the real impact to the kind of core cash flow of this company over time just didn't fundamentally change.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

You talked about, for the year, taking the cash conversion cycle from negative 15 to up to potentially negative high-teens. When you look at Dell, when it was a public company, they ran the business negative 40. Now the mix isn't exactly the same, but how far do you think you could potentially push the cash cycle?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So one of the things that we did as we saw the volumes coming in light on Personal Systems, we knew that there was going to be a headwind to free cash flow. And so we took immediate action. And frankly, it's a kind of all hands on deck at the company to help us drive improvements in DSO, in days of inventory and DPO. At this point, we ended Q1 at a negative 15 days. If you look at Q4 '15 on a kind of pro forma basis, we ended at about minus 19. We think that we will get to -- definitely to the minus 19 range, and we think we can do a couple of days better, but it is -- there is kind of a rejuvenation of the focus on cash flow in this company and everybody in the company is going to have to understand the role that they play. But we see there are opportunities to reduce our aged receivables. In many cases, it's not whether or not they're going to pay, it's when they're going to pay. And the challenge is that they're not paying because they perceive that there is something wrong with their invoice. So we've got to, like I said, got the sales reps helping us, diagnosing why our aged receivables are higher than we'd like them to be. From an inventory and a payables perspective, you got to get demand supply chain matching right, so that you can get purchasing linearity right. That makes a big difference in both inventory and accounts payable, and then we also think there's still more opportunity to, in some cases, extend payment terms.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

You referenced this through the conversation already, but the most often question that we got post earnings was whether the EPS and free cash flow guidance this year assumes the recovery in PCs and in printers. So can you just address that more specifically? And if that recovery doesn't happen, again, it sounds like restructuring and nonlabor actions is where you would turn.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

I think that's absolutely right. So when you look at the actions that we've taken, the fact that we've now got another quarter under our belt as a new company, we kind of got our fingers on all those different levers, we believe that with the incremental actions that we take that our non-GAAP EPS will be $1.59 to $1.69. Now it is back-end loaded. So some of the key assumptions associated with that are, one, that the PC market does in fact -- the declines in the PC market do, in fact, moderate as you go through the year, which is pretty consistent with what IDC expects as well, and that we're going to continue to perform well. We've got a great innovative product lineup. We feel that we are in a great position to continue to gain profitable share. So that's one assumption. The other assumption is that from a print perspective, specifically around supplies, in the first half, we are taking fairly significant channel inventory corrections and those we do not expect to repeat in the second half, which changes the constant currency kind of revenue growth trajectory of supplies in the back half as well. And so those are the -- and then you've got the productivity initiatives that build over the course of the year and then these revenue -- nonrevenue-generating cost structure reductions also build over the course of the year, and that leads to a fairly back-end loaded year.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Given what's now 4 or 5 quarters of a pretty tough PC market, what are the factors that give the company confidence and improvements in the back half of this year?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So we're looking at what our view is of the market. So if you actually look at IDC, IDC believes that in calendar Q1 that there will be mid-single digit declines. But as you go into calendar Q2 and calendar Q3 that those moderate. They expect kind of low single digits to flat year-on-year kind of in those outer quarters. So that is very helpful on the PC side. And as I said, we got a great product lineup. We've got -- we continue to really invest in innovation. We couldn't be happier with the reception that we got at Mobile World Congress with respect to the Elite x3. And for those of you who may not have seen it, this is a truly remarkable device. It basically is a phablet that is an entire compute device and that you can move from tablet to laptop to desktop seamlessly, and everything just works as if it was a stand-alone device

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and that you can move back and forth from screen to screen at your pleasure. And it's really going to make a huge difference on commercial mobility. So it is a proof point of some of the investments that we talked about in a growth category, commercial mobility, and we're thrilled with that. But that's not the only thing. I mean, we've got a great product lineup broadly. We've got the thinnest and lightest commercial notebooks. We've got -- we're doing well in Thin Clients. We're doing well in retail point of sales. We're doing well in consumer gaming -- I'm sorry, gaming and consumer premium, where we've gained 4 points of share year-over-year. So I believe that we are operating on all cylinders, focusing on kind of the core, but also within the core, the areas where we think we can get incremental growth and better profitability.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

So it sounds like if the market were not to improve, you have the benefit of lower channel inventory and the product lineup, so you could see some improvement even with a stable market environment?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Yes, it shows up basically in profitable share gains.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Now the products that you just mentioned tend to be more high value, which is a strategy of the companies in terms of not chasing the low margin, lower ASP products both in PCs and printers. How much of that is a strategy around currency, which is a headwind right now and more temporary versus a longer-term strategy where the company is choosing not to participate as much at the low end?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So I think it's a long-term strategy. I don't think it's just in reaction to the currency environment. We will participate in the low end to whatever extent we can do it profitably. And we don't care as much about the rate. We care about whether or not it's generating incremental margin dollars. And we will participate. If you actually look at a year ago Q1, we really went after Chrome being in stream. Those are from a rate perspective. That wasn't particularly interesting, but it brought incremental margin dollars. And we will continue to focus there as long as there can be -- it can be done profitably. But we also think there are real opportunities to focus in gaming, consumer premium, and like I said, retail point-of-sale and different thing -- different categories like that, that give us better ASPs and better margins.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

We talked about HP's cleaner channel inventory levels post separation, but you've also noted the quantity and quality of some of your peers' inventory. Another question I get often is why wouldn't HP be impacted as those competitors, perhaps, price aggressively to try to flush that out of their system?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

At the highest level, we've got to manage our channel inventory. It's absolutely critical in this business that you keep your channel inventory fresh. In an environment in which you've got a new OS, frankly, a new chipset with Skylake, and you've got a commodity pricing environment that in general is favorable, it's better to have fresh inventory combined with a great product lineup. And we do think that our competitors are going to have to price really aggressively, but that is going to put more hurt on their P&L because they are with older products, higher commodity costs than the newer products that we've got in the market.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

From a gross margin standpoint, I think on the conference call you talked about gross margins rising in the PC business. Certainly, the component environment is helping. Clearing out that inventory helps. What else can the company do post separation in terms of focus on the supply chain to sustainably lift margins over time in the PC business?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

One of the things that I think Ron Coughlin and the region president did really well in Q1 is that faced with a pretty tough currency headwind -- about 7 points of currency headwinds -- were able to reprice a little of it, but not all of it, and then really manage mix. Manage it in such a way that ASPs were flat year-over-year. That mix is kind of higher end of mix, but it's also getting the attach, the higher configurations, the better services attached. That helps the ASPs and then also helps gross margins, and we expect to be able to do that over time. Combined with the fact that just like the rest of the company, Personal Systems is also going to benefit from the productivity initiatives over the course of the year as well as they're both participating and benefiting from the material changes we're making to the nonrevenue-generating cost structure. And so those all provide us with opportunity, frankly, to take -- just like in print, to take a unit that is not moneymaking today, moneymaking in the future and, therefore, allows us to grow our profitability and our margins over time.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

So we've spent a lot of time on PCs. The reality is ink drives the majority of the profit. So you talked about exiting fiscal '17 with flat growth in ink or printer supplies. Last quarter, down 8% constant currency. You've seen double-digit declines in hardware, which is feeding the install base and, ultimately, those ink sales. So talk about why you're so confident that ink can grow again.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Yes. At the core is the confidence that we have in the 4-box model around supplies and what drives supplies over time. Now you got to have, in the model, you got to have accurate assumptions and you've got to be constantly fine-tuning those assumptions based on what you're seeing in the market and also what big data you're getting back. We have a lot of printers that phone home and tell us what's going on. And so we are fine-tuning that model, but we have a lot of confidence that those 4 boxes and the levers within each of them are exactly the right things to work on so that over time the constant currency revenue in supplies does stabilize by the end of '17. So maybe I should talk about the 4 boxes.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

That would be helpful.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Eventually, you all will be able to repeat this back to me cold. So the first box is really about install base, and we have had a declining install base. Part of that is because our focus hasn't been just on the install base, it's been on the second box, which is around the usage and making sure that we were placing the right units from a usage perspective in order to get the supplies attached, but we should focus on the install base. Getting our cost structure in better position allows us to place more units that are NPV positive than if we have a higher cost structure. So that's one of the reasons why we're so focused on making sure that we got the right cost structure. The second box is about usage, making sure that you've got the right quality of units in your install base because all units are not created equal. And it is as -- you've got to look at it at a really granular level. For example, an Officejet Pro X in one zip code in the U.S. versus another zip code, they have an entirely different attach. If you're in one country versus another country -- you've got to know, so you've got to segment and segment again to really understand where you're going to get the attach for the different kind of segments that you're selling into. The third

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

bucket is really all about pricing supplies. So what is the price of supplies? And there, we've got to make sure that we keep the price relative to aftermarket alternatives without too much of a premium, because otherwise, then, you're going to drive folks to do aftermarket alternatives. So it's kind of constantly fine-tuning the pricing. And then the last box is really about market share. Supplies, aftermarket, HP supplies, market share. And there we've got a multi-pronged approach. We're putting -- we're expanding our online presence. We're actually putting in targeted locations, more feet on the street, but we're also, as our business kind of converts -- shifts more to contractual, that's good for us. And the reason it's good for us is because we get much better HP branded attach. So driving -- doing NPS deals, very important to kind of getting the stabilization in constant currency revenue for supplies in '17. Instant Ink, hugely important, because we're not only addressing the top box, because more people will buy -- consumers will buy units, but we are increasing the NPV of those units by getting 100% supplies attached through Instant Ink. But it's also about rolling out -- finishing the launch of our JetIntelligence laser product. In that case, it's a brand new toner technology. And so you get very, very high HP branded toner attach. And so making -- getting those out to all the different price points, which is what we're doing through the rest of this year, really, is going to help the attach of HP branded. And it's the combination of all of these levers that we're pulling to address each of these boxes that drives the fact that on a constant currency basis, revenue supplies is stabilized by the end of 2017.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Why remain committed to the consumer side of Inkjet? Some of your peers have exited that business. You've talked about much more significant declines. Obviously, usage isn't as high. Why stay on the consumer side of the printer market?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

Because there are parts of the market that are NPV positive and we should -- from a unit perspective, we should be out there placing all the units that we can that are going to get the right attach. I do think it's important, and it's something that the printer people and our -- who know our business really well understands, but you've got to be disciplined about making sure that you've got a returns-based methodology around the biggest investment that we make day in and day out, which is about units. You could place a lot of units, and by the way, supplies in the future may well grow. But when you actually look at the NPV of that unit, it's not a good unit. So we've got to continue to maintain that discipline. So I would say our print people are probably more savvy about net present value analysis than a lot of folks in the business.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

We talked earlier about some of the strategic reviews that Lexmark and Xerox are going through, potential sales of the business. Is there an outcome of those processes that's most beneficial to HP as it relates to -- is consolidation better than private equity looking at these businesses or those companies deciding that there is no buyers at the right price and sticking with it?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So as you know, we don't comment on kind of the strategy of our competition, but I'll go back to what I said earlier. We think the disruption in the market, the uncertainty that's been created by the announcements that they've made, will be good for us certainly in the short-term, but over the long-term as well, because if we're able to win more Managed Print Services deals, it's not just the benefit this quarter or this year, it's a multi-year benefit. Because if you win a Managed Print Services deal, you're basically -- you've got it locked up for anywhere, typically, 3 to 5 years. Some of them are longer. But the client doesn't look at kind of changing their Managed Print Services vendor until they get closer to the end of the contract. So it's a huge advantage that people perceive us as committed to the market, stable and enables us to win in the Managed Print.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Investors are very focused on the traditional paper printing market rightfully so -- it's the biggest driver -- but you are also talking about investing in graphics and 3D printing, going after the copier market. Talk about in each of those where is HP in terms of -- you're still in investment mode versus is it having an impact yet?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So on all of those, whether it's 3D, A3 copier or less so, I guess, on Ink in the Office, but those first 2, those are still very much in investment mode. On the 3D side of the house, we will have our product out later this year, our Multi Jet Fusion. And we are working -- the investment is on track. We are working very closely with potential clients and are, frankly, very pleased with the reaction that we're getting. And we are seeing that many of the customers really do see the benefit over time of kind of replacing inventory, replacing parts that today have to be made up of individual parts and then put together. In a 3D printing environment, you actually can print it in one piece. Those benefits they see as very helpful to their business. And so we are seeing, I would say, green shoots that, that market has real significant TAM potential. So we're very pleased with that how that's going, and we will announce a product -- our product -- or we will launch our product later on this year. On the A3 copier side of the house, one of the things that I've been learning over the last year is really understanding the copier market. And I was actually in Boise last week, which is where our laser and copiers business is really headquartered. And what they laid out for me is that in the copier market, there are copier technologies and then there are printer technologies in the copier market. And the copier technologies have really built their model, heavy, heavy on the services side and it's complicated. It's got lots of moving parts. The parts need to be replaced on kind of a regular basis. That's kind of the copier technology that's approaching the A3 market. What we're bringing is printer technology, and we are basically making it easier to service the machines, less parts, less frequent replacements and that gives us a competitive advantage combined with our PageWide Ink technology, and we think we have a very disruptive play, something that's good for our channel partners because they have better -- they have an opportunity to service in a lower cost way. Plus we've got -- we're vertically integrated, so we share more with them. Our customers are going to love Ink, because it's basically twice the speed, half the cost for color. And then, again, because it's our technology, it's good for us as well. So we think that they are -- there is still -- there's nothing that we've seen that doesn't say that the copier market is going to continue to be attractive to us. That is still in largely, certainly, on the PageWide side in investment mode, and we won't come out with product until 2017. On the Ink in the Office, still very important strategy for us, and we are in the process of doing a refresh of our technology. And so we did see year-over-year declines as we're kind of managing our channel for that refresh. We did see growth in APJ and EMEA. And the Ink in the Office, there's OfficeJet Pro products, which are not PageWide. There are PageWide technology products, Officejet Pro X and Enterprise Ink, and we are seeing really nice progress across the Pro X and the Enterprise Ink. So this will continue to be an important strategy. And if you go back to supplies, it's where the -- these are really high usage. Now we've got to make sure that we've got the right pricing discipline because you don't want to aggressively price products that are targeted to F&B, so consumers buy them because you won't get the returns, but it is a very important market to us and a real -- it continues to be an opportunity.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Good. So we have 2 minutes left. Let me stop and see if there are any questions. There's one over here.

**Unknown Analyst**

Obviously, the units or the supplies or the supply revenue decelerated last quarter. But you explained that to be a function of inventory adjustments? I'm curious if the sell-through in the end market also decelerated or was it just kind of a constant kind of environment? And second question is how important it is for your unit declines in the hard -- on the printing side to moderate, for you to hit your objective on the supply side of exiting '17?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So let me take the second question first. What's more important than just getting a bigger install base is making sure that we're placing the right units. Multifunction printers, F&B printers, JetIntelligence laser products, where the usage is higher and the HP branded supplies connect is higher. So that's probably more important than the overall install base. In terms of what we saw from a sell-out perspective, we did see a little bit of softness at the end of the quarter from a sell-out perspective. In fact, that was what drove us over slightly the channel inventory levels. Is that we had kind of forecasted what we thought sell-out would do over the course of the quarter and targeted our channel inventory levels based on that. And when -- and our channel inventory and supplies came down year-over-year and quarter-over-quarter, but at the very end, we saw a little bit of softness on the sell-out and that caused us to be over in channel inventory.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Do you have -- one more quick question.

**Unknown Analyst**

So you've spent a lot of time on thinking about 3D printing and the best way to play there. I'm just curious where you guys view the best technology to be today in 3D printing. There's a number of public companies whose market caps have been eviscerated, but there's also some technology in GE and Siemens, some other companies.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

First off, when you look at the 3D companies whose market caps have been eviscerated, they tended to be more consumer-oriented, and we're really not terribly interested in consumer 3D. We're very interested in commercial. We're very interested in coming out with technology that frankly is going to drive the next Industrial Revolution. We actually see that that's where that huge opportunity is. And the technology that we're coming out with Multi Jet Fusion is actually PageWide. We're leveraging the technology that we already have in our ink space, and we think that, that is going to be very disruptive. It's a new technology and it's got better quality, lower cost and, frankly, takes a lot less time. And those were the 3 things that we knew we had to solve if we were going to -- if we were ever going to attempt to bring out a 3D product, and we're very excited about Multi Jet Fusion.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Thank you very much Cathie for your...

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*
Thank you. Appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.