# EXHIBIT 9

# HP Inc.

# HP Printing Update Conference Call

Tuesday, June 21, 2016, 4.30 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President and Chief Executive Officer*

**Cathie Lesjak** - *Chief Financial Officer*

**Enrique Lores** - *President of Printing*

**Diana Sroka** - *Head of Investor Relations*

**PRESENTATION**

**Operator**
Good afternoon and welcome to the HP Printing Update Conference Call.  My name is Mike and I'll be your conference moderator for today's call.  At this time all participants will be in a listen-only mode.  We will be facilitating a question and answer session toward the end of today's conference.  Should you need assistance during the call, please signal a conference specialist by pressing the "*" key followed by "0."  As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for today's call, Diana Sroka, Head of Investor Relations.  Ms Sroka, the floor is your, ma'am.

**Diana Sroka**
Thank you very much.  Good afternoon, everyone.  I'm Diana Sroka, the Head of Investor Relations for HP Inc., and I'd like to welcome you to today's conference call.  With me today are Dion Weisler, HP's President and Chief Executive Officer, Cathie Lesjak, HP's Chief Financial Officer and Enrique Lores, HP's President of Printing.

Before handing the call over to Dion, let me remind you that this call is being webcast.  A replay of the webcast will be made available shortly after the call for approximately one year.  We posted today's press release and an accompanying slide presentation to our Investor Relations webpage at www.HP.com.

As always, elements of this presentation are forward-looking, and are based on our best view of the world and our businesses as we see them today.  For more detailed information, please see information in the slide presentation and press release relating to forward-looking statements that involve risks, uncertainties and assumptions.  For a discussion of some of these risks, uncertainties, and assumptions, please refer to HP's SEC filings, including our most recent Form 10-K and Form 10-Q.  HP assumes no obligation and does not intend to update any such forward-looking statements.

We also note that the financial information discussed on this call reflects estimates based on information available at this time, and could differ materially from the amounts that will ultimately be reported in HP's Form 10-Q for the fiscal quarter ending July 31, 2016 or Form 10-K for the fiscal year ending October 31, 2016.

And with that, I will hand it over to Dion.

**Dion Weisler**
Thanks, Diana, and thank you to everyone for dialing into the call today.  We wanted the opportunity to speak directly to you regarding a recent divestiture and an investment decision within our printing business.  On Monday, we announced a definitive agreement to sell the remaining marketing optimization assets to OpenText Corporation.  The sale of these assets supports our strategy to streamline our portfolio, and optimize opportunities in our core growth and future segments.  The divestiture also extends our strategic relationship with OpenText and our partnering approach to provide customers with best-of-breed software options that integrate into our print, document workflow solutions.

The deal is expected to close during the second half of our fiscal year, subject to regulatory approvals and other customary closing conditions.  And portions of the proceeds from the sale

will be recognized in our fiscal third and fourth quarters.  Similar to the gains from the sale of certain marketing optimization assets announced last quarter, we have made the decision to fully reinvest these gains back into the printing business.

Let me now talk about what we are seeing in the market and how we are responding to run our supplies' go-to-market model in a more efficient way.  Overall, we are continuing to make progress in our printing business, but we have been recognizing two key changes in the management of supply sales globally.

First, managing the four 'P's; that's product, price, promotion and place; is incrementally challenging in today's Omni-channel world.  Our customers have more choices than ever on how and where they shop with increased transparency to inconsistent pricing.  These challenges are most problematic in our supplies business, which will operate through direct and indirect go-to-market motions across Tier 1 and Tier 2 partners globally.  The resulting price variability in this Omni-channel reality has created confusion for our customers and has been disruptive to our partners and to HP.

Second, we see a decreasing impact from promotional pricing of supplies and an ongoing dilution of our value proposition.  We have seen an increased level of inefficiency as we first invest promotional dollars to sell supplies into our broad channel network, and then leverage additional funds to push the inventory through the end users.  Consequently, we believe that promoting supplies at high frequency and high discount levels has become a less attractive strategy.  Given these challenges, we are convinced that we need to fundamentally change how we run and manage our supplies business to drive a more consistent value proposition to our channel partners and our end customers.

Now let me talk about our approach moving forward.  To harmonize global pricing and improve margins over time, we are going to make a one-time investment to reduce the level of supplies inventory across the channels.  Our goal is to achieve substantially all the reduction over two quarters.  This will support our strategy of maintaining a more consistent value proposition by shifting from today's push model to a pull model driven by market demand.  This action is expected to help reduce disruption by minimizing unofficial channels, eliminating grey marketing activity and ultimately allowing for less price variability and a consistent value proposition. We will focus more on selling through the value of our brand in supplies products and less through promotions and pricing.  We plan to leverage the resulting savings from contra-spend from incremental investments in marketing to drive print relevancy, as well as to strengthen our HP supplies brand value.

So let me summarize what we are doing, and the key expected benefits of these moves.  First, better global processing alignment will yield a higher level of supplies price stability.  Second, by pivoting the sales model we expect to have more efficient promotional spend,  investments in end user marketing should result in increased supply share over time.  Third, the reduction in channel inventory result in improved inventory turns for distribution.  The reduction will allow us to more easily avoid end-of-quarter peaks in our inventory which will improve working capital over time.  Lastly, we will have more consistent management of the four 'P's globally.  This will result in our customers and partners having a more stable and consistent value proposition on HP supplies and HP printing.

Our markets are in continuous change and we must always adapt and respond to position ourselves for success.  Our increased focus on our two core business segments has allowed us

to make the right decisions quickly for the long term success of the company.  I am confident that now is the right time to make these operational changes to the business.

I'll now hand it over to Cathie who will walk you through the financial impacts of these investments.

**Cathie Lesjak**
Thanks, Dion.  First, I want to provide some financial details on the recent divestiture of the remaining Marketing Optimization software assets to OpenText Corporation.  Based on our current assumptions for the timing of the close of the transaction, we expect to record a gain of approximately $245 million in Q3, and approximately $40 million in Q4 before the operational impact from no longer owning these assets.  With that in mind, I'll turn now to the supplies update.

As I said on the Q2 earnings call, we exited the quarter within our targeted ranges for supplies channel inventory.  However, we have spent significant time evaluating what we believe those levels need to be to mitigate the market challenges Dion mentioned.  I am also convinced an operational change is required to manage the business differently going forward, which includes one-time investments to reduce the supplies channel inventory levels globally over the second half of fiscal '16, as well as incremental marketing investments.

As a result of the channel inventory reduction the supplies net revenue in reported currency is expected to be reduced by approximately $225 million in each Q3 and Q4.  Given the gain from the divestiture announced on Monday, we expect to be able to fully offset these investments from an earnings perspective for the second half, but the quarterly seasonality is adjusted from the outlook provided on our Q2 earnings call.  Also, we will see an increase in cash flows from investing activities due to the gain from the asset sale and a reduction in cash flow from operations given these investments.

The supplies net revenue and constant currency is still expected to stabilize by the end of 2017, as we've been forecasting for the last few quarters, both with and without these incremental reductions in supplies revenue in the second half of fiscal '16.  These actions are not necessary to keep the trajectory on track.  What is important to note, is the supplies revenue in absolute dollars is now expected to be marginally better in 2017, and significantly higher in 2018, than it would have been if we were not making these investments now as a result of the savings from lower discounting on supply sales.

We expect the full payback period for these investments to be approximately three years.  With that context, for continuing operations our adjusted Q3 '16 non-GAAP diluted net earnings per share outlook is in the range of $0.43 to $0.46.  Q3, '16 GAAP diluted net earnings per share outlook is in the range of $0.40 to $0.43.  And for the full year FY '16 non-GAAP diluted net earnings per share outlook remains in the range of $1.59 to $1.65, and full year FY '16 GAAP diluted net earnings per share outlook remains in the range of $1.52 to $1.58.

Our adjusted free cash flow model outlook is in the range of $2 (billion) to $2.3 billion, but when normalized for one-time items like this one, as well as restructuring and separation, we remain in the range of $2.9 (billion) to $3.2 billion in free cash flow for FY '16.

Before moving to Q&A, Enrique will talk through some of the operational details of managing this change.

**Enrique Lores**
Thank you, Cathie and thank you Diana. Now that we have worked through the strategic rational and financial impacts, I want to take a moment to discuss how we will manage this plan operationally. We are taking four actions. First, we will reduce tier 1 and tier 2 supplies channel inventory levels during Q3 and Q4. Following this one-time reduction of inventory we will reduce and tighten the decide ranges for ink and toner in each region. It will be critical as it is today for me to hold the sales teams accountable to remain within the ranges going forward. You can expect us to report on this during the quarterly earning calls as we have done in the past.

Second, towards further control, we will align channel compensation and programs to our market demand selling motion and we will shift from compensating on sell-in to a combination of sell-through and sell-out volumes.

Third, as Dion discussed, we are changing our pricing policies to achieve better consistency of pricing globally. The pricing and promotion decisions from HP supplies will now be managed centrally at global and regional levels, to align timing and to maintain our value proposition.

We will reduce the frequency and discount levels of end-user promotions, and eliminate low value at channel promotions. Our Big Data capabilities give us a very good understanding of effectiveness of our activities. Going forward, we will leverage this information to focus only on high return on investment targeted promotions. We will institute very tight controls to ensure adherence to policies and escalation processes to resolve.

Finally, by shifting investment dollars from price promotions to end-user marketing, we will be able to demonstrate the value of HP original supplies, driving loyalty and supplies share.

Taking these actions now, is critical to effectively respond to the changes we are experiencing in the global market and to drive the long-term health of the printing business.

We will now take any questions that you may have.

## QUESTIONS AND ANSWERS

**Operator**
Thank you, sir. We will now begin the question and answer session. To ask a question, you may press "*" then "1" on your touchtone phone. If you are using a speakerphone, please pickup your handset before pressing the keys. If at anytime your question has been addressed, and you like to withdraw your question, please press "*" then "2." As a courtesy, we please ask that you limit yourself to one question and a single follow-up. Again, that is "*" then "1" to ask a question. We will just pause momentarily to assemble our roster.

The first question we have will come from Wamsi Mohan of Bank of America, Merrill Lynch. Please go ahead.

**Wamsi Mohan**
Yes, thank you. Dion, can you help us seeing through the magnitude of this reduction to your overall supplies inventory, and how did you determine that this is the right level of inventory? And I have a follow up.

**Dion Weisler**
So we've done a significant amount of analysis through the collection of Big Data. We have spoken at length to our channel partners, we've analyzed all the areas of the business to determine what generates, both at the Tier 1 level and the Tier 2 level, what generates market demand, so that we move from this push model to a pull model. So we are fairly confident that the sums that we've talked about in the prepared remarks are the right amount of inventory to reduce in order to affect that pivoting model. I will also mention that we've spoken to a number of other organizations that operate similar business models and we have triangulated with them as we were seeing the effects of the Omni-Channel impact the business in order to test some of our thinking in this space.

**Wamsi Mohan**
And the magnitude of the reduction and growth of your overall supplies inventory out there?

**Cathie Lesjak**
I would say it's fairly immaterial, because as I mentioned it's about $450 million on over a couple of quarters here, $225 (million) each quarter in terms of revenue. So it's a fairly substantial change to channel inventory.

**Wamsi Mohan**
And as my follow-up, how do you see the risk of losing share at least in the near-term given both lower channel inventory levels it sounds like also lower promotional activity? Thanks.

**Enrique Lores**
Actually, we have done a little work to understand what the results of these actions will be. And we believe that it's going to be helping us to actually grow our share, as we will have both better pricing consistency across the regions, and as we will also have the ability to invest in driving awareness of the value of HP original supply, and this is in the sense of a change that we are driving now.

**Operator**
Next, we have Tony Sacconaghi of Bernstein.

**Tony Sacconaghi**
Yes, thank you. I am wondering, I have two questions. Why do you consider the sale of the marketing organization assets as something that's attributable to non-GAAP income and why that's not excluded from your results? And then secondly, we had an earnings call less than four weeks ago, and you said you were comfortable with supplies inventory levels. Given all the analysis that you have done on this, I am surprised you said that statement so unequivocally, given that you are now basically coming back to us and saying that's not the right supplies channel inventory level for the new economic reality of what supplies is today. So, did you have an inkling, in which case, why didn't you share that with us or has the market changed a lot on the last four weeks that has changed your perception of where inventory levels need to be?

**Cathie Lesjak**
So Tony, let me address the GAAP versus non-GAAP question. So we have always put through on sales of assets through our non-GAAP results, whether they result in a gain or they result in a loss. And so, this is completely consistent with what we've done before and then when they are material we call them out.

**Dion Weisler**
And on the second question, Tony, I would say that we said that the separation will provide opportunities to optimize our businesses as we balance focus on short and long term operational decisions. And we believe this is the right thing to do now for the long-term stability and profitability of the printing business. An operational shift towards the market driven demand model is going to deliver lower inventories and increase efficiencies across the system, ultimately resulting the greater stability and predictability in the supplies revenue.

By reinvesting the proceeds from the divestiture now, we can accelerate the change and capitalize on the benefit sooner. We did, as you will recall on our last earnings call, take down our channel inventories last quarter. We could have done this over several quarters, but we believe that you never wish you went more slowly and given the sale of these assets, we believe that we have the ability to capitalize on the benefit sooner. And as a result of that, we are making this decision to invest.

**Cathie Lesjak**
I think also, Tony, if we continued to manage our supplies business the way we had been managing it, then the channel inventory levels were the right levels. But we have now made a decision that it's important to adjust to the changes in the marketplace and therefore with a change in the way we are going to manage this business, we need to bring channel inventory net levels down in an absolute way, but we are also going to manage them with a much tighter range and maybe I'll let Enrique add any thoughts here.

**Enrique Lores**
This is why we wanted to share the rate changes that we are doing internally because basically it's not just a change for the inventory level, we are changing most of the processes that we use to manage the supplies. We are changing the metrics and this will enable us to operate in this different and more efficient way going forward.

**Tony Sacconaghi**
Thank you.

**Operator**
Next we have Maynard Um of Wells Fargo.

You might be muted, sir

**Maynard Um**
Sorry, can you hear me?

**Operator**
Yes, we can now, sir.

**Maynard Um**
Okay, sorry about that. Thanks. Can you just talk about the confidence you have in the increased marketing driving sales, maybe dive a little bit deeper into that. And then, the three-year payback period on the investment is probably a little bit longer than I would have anticipated, can you walk us through what we should be expecting over those three years and how the benefits flow through? Thanks.

**Diana Sroka**
You want to start Enrique and…

**Enrique Lores**
Yes, I'll talk about on the marketing side.  During this year, we have done a lot of work to explore different combination of marketing activities to increase our share of supplies.  Now, we have seen several that really drive very good returns relatively fast.  As we have focused more on online marketing, we have seen immediate responses.  We have focused in improving the experience in this first, mostly in emerging countries, we have seen very good returns.  And these are the actions that we are going to be continue driving and continue investing going forward.  And as Dion mentioned in his remarks, the fact that we have now Big Data and that with Big Data we can track the return on investment of our activities make us very confident on our ability to differentiate actions that we will drive good results versus actions that will not drive any payer.

**Dion Weisler**
I think you will also recall, as we mentioned on our two earnings call last year, that we were going to take out and accelerate our restructuring program.  We were going to accelerate the $1 billion of productivity improvements and take non-revenue generating cost out of the systems so that we could, one, place more NPV positive units but additionally, we said that we would want to drive price stability in the market and through our marketing efforts we were actually able to raise our average selling prices and you've seen that show up in the results over the last two quarters.

**Cathie Lesjak**
So then to specifically address your question around the three-year payback. The payback really comes from two primary sources.  The first one is that with the incremental marketing and really driving sales on the basis of the value, we do expect that over time our share, our HP branded aftermarket supply share, will go up and that of course will contribute incremental margins.  But it's not an immediate effect and so it will take some time for that to ramp.

And then, the second benefit is just the fact that we will not be paying as many discount dollars to get the product into the channel and then to move it out of the channel.  And so, in total we will have lower discounts and that also contributes to the payback.  It does ramp, it starts to ramp in '17, which is why the absolute dollars from the supplies perspective in terms of revenue in '17 are higher because we are taking this action and then they are even more significantly up in 2018 because of this benefit ramp.

**Operator**
Next we have Jim Suva, Citigroup.

**Jim Suva**
Thank you very much.  It seems like you have been considering or contemplating this for quite a long time and put a lot of thought and effort into it. Do you consider this low risk or high risk and how should we think about, is there the risk that some of your partners, whether it be OfficeMax, Staples and those say hey, I'm not getting as much money on the printing side, why don't I shift some of my shelf space or some of my allocations on the PC side of the business, if you could maybe talk about those?

**Dion Weisler**
Yes, look, I would say that all of this is really driven by what we call the Omni-Channel experience, which means that the end customer can now have multiple outlets from which to purchase from. And as a result of that and the growing trend of online transactions in the global nature of business there is a lot more transparency in the market with regards to pricing. This has actually caused a lot of disruption for our channel partners today as well as it's fairly inconvenient and often a detractor from an NPV perspective for our customers who one day see the price of supplies very different to the next day as we drive various promotions across the time horizon. So actually, our channel partners welcome this. It doesn't change the nature of the real demand for printing and therefore the real demand for supplies.

What it does do is smooth out the curves and enables us to have more consistent pricing in the market, that's good for our partners, they prefer that, it's certainly good for our customers and it's good for us. And it has a pretty solid and positive impact to our working capital for our partners because they no longer have to stock unnecessary inventory, so it's fairly very well received by them.

**Cathie Lesjak**
And it's really not about shelf…

**Dion Weisler**
Right.

**Jim Suva**
Okay. And Cathie, on risk do you view this as low risk or high risk or how should we think of that?

**Cathie Lesjak**
Yes, I think it's got a normal amount of business risk associated with it. I don't think it's particularly risky. We had done a lot of work with our channel partners to make sure that they understand it and they provided us with their feedback on how to make it work. And so, I feel like it's normal business risk.

**Jim Suva**
Thanks so much for the details.

**Dion Weisler**
Thank you.

**Operator**
Next we have Ananda Baruah of Brean Capital.

**Ananda Baruah**
Hey, thanks guys for taking the questions. I've got two, if I could. Dion and Cathie, when you guys think about order of magnitude and importance of this, sort of the supplies stabilization, I will just call target by '17, could you rank the importance, rank for us these moves, just the strategic shifts you have into going, you know more services, MPS, Instant Ink in consumer, how you have changed to the new technologies and even and for that and even positioning yourself in those areas where there is higher paid usage. How should we think about order of magnitude, the importance to get into the stability? And then, I just have a quick follow-up. Thanks.

**Cathie Lesjak**

So I think the way to think about it is, we are taking actions across all of the four boxes and that drive ultimately on supplies over the long term. And certainly, actions in each one of those boxes, there is a technology in order to drive better supplies attached, there are better products in terms of more security so that helps drive unit placements. This is one that is more targeted on, I would say aftermarket supply share, as well as, better pricing on the supplies themselves. And so, that hits the bottom two boxes. But we need to execute across initiatives in each one of these boxes in order to get the supply stabilization and we are very much focused on doing that.

**Ananda Baruah**

Okay, got it. That's helpful. So, it's balanced, and there is no single thing, but across the boxes you need contribution from everything to actually execute on that?

**Dion Weisler**

That's, right. There is no single magic pill.

**Ananda Baruah**

Yes, got it. The follow-up to that would be, you mentioned in the prepared remarks that you expect, and hopefully I'm getting this accurately, material is my term, but meaningful impact, $18 and in that context, how are you guys now thinking about what normalizing growth can look like, and what's the responsible way for us to think about how to you think about it, with normalized HP page growth could look like, once you get to those kinds of levels? And that's it, thanks.

**Cathie Lesjak**

So I think, the way you should think about it is that in some ways there is no fundamental change with how we think about the trajectory around supplies. But for the fact, that over time we do expect to able to gain more share in HP branded aftermarket supplies, as well as, we will have higher revenue as a result of not having to discount as much as we have been discounting, okay. So that impact is there, but other than that, the fundamentals about what page growth is going to be, and how supplies on a constant currency basis are going to stabilize by the end of '17, it hasn't fundamentally changed. Now, what I will say is that if we didn't make this change to how we operate this business, there could well have been unintended consequences that were negative to us over time, because we are making a change in response to what's going on in the market in the Omni-Channel.

**Ananda Baruah**

Yes, got it. That makes sense. Appreciate it. Thanks a lot.

**Operator**

Next we have Shannon Cross of Cross Research.

**Shannon Cross**

Thank you very much. To start with, can you talk a little bit about the two segments, ink versus toner? And I would assume, you've got some puts and takes on ink with consumer weaker and commercial print growing, but can you talk about, what you are seeing in each of those segments versus the supplies overall? And then, I have a follow up.

**Cathie Lesjak**

So we are not really talking specifically about the core business. This change impact both ink and toner, we are going to be taking inventory down in both ink and toner.

**Shannon Cross**

Okay. So this is predominately just Omni-channel impact versus the usage impact, is that the way to think about it?

**Dion Weisler**

Yes, that is the way to think about it, Shannon. It's not true, and so, it's not really effecting end user usage, it's about the Omni-channel impact on the markets and our response to that.

**Shannon Cross**

Okay. And then, are you making any changes with regard to how you are tracking sell out or usage to make sure if you really trying to comp based on that? Are any changes in, I don't know systems or tracking or anything like that, to get a good handle on a given some of the shifts in the market?

**Enrique Lores**

So yes, and this is why I mentioned, Shannon that we will not be compensating, both sell- through and sell-out. As we have discussed before, we continue improving and doing investment in how do we track both, but a big change is that we are shifting from compensating in selling to compensation based on sales through and sell out, to make sure we have the right way of compensating the teams, and making sure that we compensate for the right behavior.

**Dion Weisler**

Shannon, of course, we're able to triangulate what we sell through, as well as what is reported as sell out across our systems, and because there are obviously compensation incentives to the channel only based on sell through and sell out, it's incumbent on those partners who provide us with that information.

**Cathie Lesjak**

And so, there is fairly regular reporting and it has been the case for sometime, and so that we can really understand what's going on within Tier 1 globally. Tier 2 is maybe a bit spottier, and we are increasing what we are doing in that space. But, we've got a pretty robust process already.

**Shannon Cross**

Thank you.

**Diana Sroka**

And thank you, Shannon. Operator, we have time for just one more question, please?

**Operator**

Yes, ma'am. And that question will come from Katy Huberty of Morgan Stanley.

**Katy Huberty**

Thank you. In the supplies business about 20% to 40% of the time depending on the segment your customers are buying a non-HP branded toner and cartridge, which just speaks to price sensitivity. So I struggle with the idea that as you raised prices in some areas and reduce availability of your supplies that's actually going to drive a market share increase rather than an accelerated share shift towards some of those remanufactures. So if you can just speak in a little more detail around where you gain that confidence. And then I have a follow up.

**Enrique Lores**

Yes, the consequence of the program is not going to be a reduction in availability.  So we expect to maintain the same level of availability and coverage from end user perspective.  What this will enable is both us, but especially our partners, to operate with a lower level of inventory, so this will enable them to be more efficient.  But, we don't think this will have consequences from the coverage, it will enable them to be more efficient as they manager their business.

**Dion Weisler**

And the second thing I will do is obviously move us to everyday low prices, so rather than having products that are on promotion, almost every other day, enabling the right price upfront, we believe in an Omni-channel world will actually be much more efficient and obviously have impacts on what we are spending on the sell in and then on the sell out.

**Katy Huberty**

Dion, that's an important point, is the every day price actually coming down, but the promotional pricing is going away, is that the way we should think about it?

**Dion Weisler**

So you should think about, as we are going to do a lot less promotions, I wouldn't say we are going to do no promotions, but when you look at how we operate today, we are promoting every other day.  And so, effectively pricing will come down, broadly speaking, and we will have less promotions moving forward.

**Katy Huberty**

Okay.  And then, just a quick follow-up for Cathie, is there a revenue and/or earnings impact on the sales of the marketing optimization business that we shouldn't think about in our models this year?

**Cathie Lesjak**

So, I think you are specifically talking about what the operational impact as a result having those marketing optimization assets in the portfolio, correct?

**Katy Huberty**

Correct.

**Cathie Lesjak**

There is going to be a reduction on the top-line, as well as, on the bottom line, and you should obviously think about this business because it's software business.  It's not hugely material, but it's certainly way more profitable, because it's a software business.  Our outlook for the rest of the year captures both the first sale of some of the marketing optimization assets and now this last sale.

**CONCLUSION**

**Dion Weisler**

So thank you for taking the time to join us, and we always do appreciate the support that you give us. We believe this is absolutely the right thing to do for our customers and our partners and most importantly for our shareholders.  Taking control of a market that is always changing, operating at speed is really the outcome of the separation that is why we did it, and moving very quickly to

HP Inc.
Tuesday, June 21, 2016, 4.30 PM Eastern

12

be able to respond to market demands with the genesis of the separation, and we look forward to continuing to update you and speak to you all on the Q3 earnings call.  Thanks for your help.  Bye.

**Operator**
And we thank you, sir and to the rest of the management team for your time also today.  Ladies and gentlemen, this conference call has concluded.  At this time you may disconnect your lines.  Thank you.  Take care.  And have a great day everyone.

HP Inc.
Tuesday, June 21, 2016, 4.30 PM Eastern