# APPENDIX A

**APPENDIX A**

*YORK COUNTY V. HP INC.*

**Summary of Grounds for Dismissal**

| Date of Challenged Statements | Document/ Presentation | Complaint Paragraph(s) | Barred by Statute of Limitations | Barred by Statute of Repose | Plaintiff Lacks Standing to Challenge | Not False | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|
| Nov. 5, 2015* | Form 8-K | 95 | X | X | | X | X | X |
| Nov. 24, 2015 | Q4 2015 Earnings Call | 98-100, 120 | X | X | X | X | X | X |
| Dec. 16, 2015 | 2015 Form 10-K | 102 | X | X | X | X | X | X |
| Feb. 24, 2016 | Q1 2016 Earnings Call | 105-07, 122-23, 136-37 | X | X | X | X | X | X |
| Mar. 1, 2016 | Morgan Stanley Technology, Media & Telecom Conference | 125-26, 140 | X | X | X | X | X | X |
| Mar. 3, 2016 | Q1 2016 Form 10-Q | 109 | X | X | X | X | X | X |
| May 25, 2016 | Q2 2016 Earnings Call | 112-13, 128-30, 141-45 | X | | X | X | X | X |
| Jun. 1, 2016 | Sanford Bernstein Strategic Decisions Conference | 147 | X | | X | X | X | X |
| Jun. 3, 2016 | Q2 2016 Form 10-Q | 115 | X | | X | X | X | X |

* Only challenged statements were made months earlier in a 10-Q referenced in the Nov. 5, 2015 8-K.