ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS (168593)
DARRYL J. ALVARADO (253213)
RACHEL A. COCALIS (312376)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dalvarado@rgrdlaw.com
rcocalis@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>HP INC., et al.,<br><br>       Defendants. | Case No. 4:20-cv-07835-JSW<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT |

4830-6498-7636.v1

York County on behalf of the County of York Retirement Fund ("York County") declares as follows:

1.    I respectfully submit this declaration in connection with Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Complaint. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.    I am the Secretary for the York County Retirement Board and the Controller for the County. As Secretary of the York County Retirement Board, I am aware of the process in place by which York County vets and when appropriate approves York County's participation in securities litigation such as this one.

3.    In connection with authorizing the filing of the Complaint for Violations of the Federal Securities Laws, York County executed a Certification of Named Plaintiff Pursuant to Federal Securities Laws. *See* ECF No. 1 at 25. The certification details that York County "is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary." *Id.* Since the filing of the complaint, York County has continued to monitor the action and receives periodic updates and correspondence from lead counsel, Robbins Geller Rudman & Dowd LLP, about the progress of the action.

4.    York County understands that Maryland Electrical Industry Pension Fund ("Maryland Electrical") has taken on the role of Lead Plaintiff in York County's action. York County also understands that it is still a party to the action, that its complaint has never been adjudicated, and that any pleading filed by Maryland Electrical was, by order of the Court, consolidated with York County's action. *See* ECF No. 30.

5.    For the avoidance of doubt, York County remains a party to this action, continues to be willing to serve as a representative party in this action and, should the Court deem it necessary, will take on a more active role in this action to permit the orderly resolution of the claims brought on behalf of the putative class.

DECLARATION OF YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT
FUND IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT - 4:20-cv-07835-JSW      - 1 -
4830-6498-7636.v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of August, 2021.

_____
Gregory F. Bower
Secretary

DECLARATION OF YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT - 4:20-cv-07835-JSW      - 2 -
4830-6498-7636.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 20, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dalvarado@rgrdlaw.com

# Mailing Information for a Case 4:20-cv-07835-JSW York County on Behalf of the County of York Retirement Fund v. HP Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,e_file_SD@rgrdlaw.com

- **Darryl James Alvarado**
  dalvarado@rgrdlaw.com,E_File_SD@rgrdlaw.com,nhorstman@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Sara B. Brody**
  sbrody@sidley.com,ddelarocha@sidley.com,sarah-hemmendinger-9052@ecf.pacerpro.com,sfdocket@sidley.com,sara-brody-9555@ecf.pacerpro.com

- **Rachel A. Cocalis**
  rcocalis@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew James Dolan**
  mdolan@sidley.com,sfefilingnoitce@sidley.com,sfdocket@sidley.com,matthew-dolan-7481@ecf.pacerpro.com

- **Katherine Leigh Henderson**
  khenderson@wsgr.com,lnicolini@wsgr.com

- **Michael James Kahn**
  MJKahn@gibsondunn.com,molave@gibsondunn.com

- **Brian Michael Lutz**
  BLutz@gibsondunn.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Lissa Marie Percopo**
  lpercopo@gibsondunn.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com,eblackey@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)