Brian M Lutz (SBN 255976)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
BLutz@gibsondunn.com

Lissa M. Percopo (pro hac vice forthcoming)
Jeffrey S. Rosenberg (pro hac vice forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
LPercopo@gibsondunn.com
JSRosenberg@gibsondunn.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LOVOI, Derivatively on Behalf of HP INC., <br><br> Plaintiff, <br> v. <br><br> DION J. WEISLER, CATHERINE A. LESJAK, ENRIQUE LORES, AIDA ALVAREZ, SHUMEET BANERJI, ROBERT R. BENNETT, CHARLES BERGH, STACY BROWN-PHILPOT, STEPHANIE A. BURNS, MARY ANNE CITRINO, TRACY KEOGH, STACEY MOBLEY, SUBRA SURESH, CARL BASS, RAJIV L. GUPTA, and MARGARET C. WHITMAN, <br><br> Individual Defendants, <br> -and- <br><br> HP INC., a Delaware corporation, <br><br> Nominal Defendant. | Civ. A. Nos.  3:22-cv-00254 <br><br><br> **DEFENDANTS' RESPONSE IN SUPPORT OF REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** <br><br> Dept.: Courtroom 5, 2nd Floor <br> Judge: Jeffrey S. White |

Pursuant to Civil Local Rule 3-12 and 7-11, Defendants Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Aida Alvarez, Shumeet Banerji, Robert R. Bennett, Charles Bergh, Stacy Brown-Philpot, Stephanie A. Burns, Mary Anne Citrino, Tracy Keogh, Stacey Mobley, Subra Suresh, Carl Bass, Rajiv L. Gupta, and Margaret C. Whitman and Nominal Defendant HP Inc., by and through their undersigned counsel of record, file this response in support of Magistrate Judge Alex G. Tse's Referral For Purpose of Determining Relationship.

Pursuant to Civ. L.R. 3-12(a), actions are related when they "concern substantially the same parties, property, transaction or event."  Already pending before this Court are a federal securities class action filed on November 5, 2020, captioned *York County v. HP Inc., et al.*, Case No. 4:20-cv-07835-JSW (the "Securities Class Action"), and a related derivative action, *Franklin v. Weisler et al.,* 4:21-cv-4805-JSW (the "*Franklin* Action").  On January 14, 2022, Gerald Lovoi filed another stockholder derivative action, captioned *Lovoi v. Weisler, et al.*, Case No. 3:22-cv-00254 (the "*Lovoi* Action").

As the parties have explained in stipulations to stay both the *Franklin* Action and the *Lovoi* Action, pending the outcome of the motion to dismiss in the Securities Class Action, these three cases involve "overlapping parties and factual allegations."  *See Franklin v. Weisler et al.,* 4:21-cv-4805-JSW (Dkt. No. 9); *Lovoi v. Weisler, et al.*, Case No. 3:22-cv-00254-AGT (Dkt. 8).

Defendants agree that the *Lovoi* Action should be considered related to the Securities Class Action and the *Franklin* action and assigned to Judge White, because "the actions concern substantially the same parties, property, transaction, or event," and it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  L.R. Civ. 3-12(a).

Pursuant to Civ. L.R. 3-12(b), a copy of this motion is being filed contemporaneously in the *York County*, *Franklin*, and *Lovoi* actions.

Dated: February 14, 2022

By:    /s/ Brian M. Lutz

Brian M. Lutz
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
BLutz@gibsondunn.com

Lissa M. Percopo (pro hac vice forthcoming)
Jeffrey S. Rosenberg (pro hac vice forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
LPercopo@gibsondunn.com
JSRosenberg@gibsondunn.com

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, CA 94105-0920, in said County and State.

I hereby certify that on February 14, 2022, the foregoing **RESPONSE IN SUPPORT OF REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: February 14, 2022                    By:  /s/ *Brian M. Lutz*
                                                    Brian M. Lutz