UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 4:20-cv-07835-JSW

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | November 5, 2020

Date of judgment or order you are appealing: | March 3, 2022

Docket entry number of judgment or order you are appealing: | 59

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Maryland Electrical Industry Pension Fund, Individually and on Behalf of All Others Similarly Situated,
York County on Behalf of the County of York Retirement Fund, Individually and on Behalf of All Others Similarly Situated

Is this a cross-appeal?   ○ Yes   ◉ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | s/Darryl J. Alvarado            **Date** | April 1, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                           Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Maryland Electrical Industry Pension Fund, Individually and on Behalf of All Others Similarly Situated, York County on Behalf of the County of York Retirement Fund, Individually and on Behalf of All Others Similarly Situated |

Name(s) of counsel (if any):

| |
|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>Steven F. Hubachek<br>Darryl J. Alvarado<br>Rachel A. Cocalis |

Address: 655 West Broadway, Suite 1900, San Diego, CA 92101

Telephone number(s): 619-231-1058

Email(s): shubachek@rgrdlaw.com, dalvarado@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Richard Bailey |

Name(s) of counsel (if any):

| |
|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Brian M. Lutz<br>Michael J. Kahn |

Address: 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921

Telephone number(s): 415-393-8200

Email(s): BLutz@gibsondunn.com MJKahn@gibsondunn.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                1                                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Richard Bailey

Name(s) of counsel (if any):
GIBSON, DUNN & CRUTCHER LLP
Lissa M. Percopo

Address: 1050 Connecticut Ave., N.W., Washington, D.C. 20036

Telephone number(s): 202-887-3770

Email(s): lpercopo@gibsondunn.com

Name(s) of party/parties:
HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, Richard Bailey

Name(s) of counsel (if any):
SIDLEY AUSTIN LLP   Sara B. Brody
                   Matthew J. Dolan

Address: 555 California Street, Suite 2000, San Francisco, CA 94104

Telephone number(s): 415-772-1200

Email(s): sbrody@sidley.com mdolan@sidley.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                2                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Catherine A. Lesjak

Name(s) of counsel (if any):

WILSON SONSINI GOODRICH & ROSATI
Steven Schatz

Address: 650 Page Mill Road Palo Alto, CA 94304-1050

Telephone number(s): 650-320-4856

Email(s): SSchatz@wsgr.com

Name(s) of party/parties:

Catherine A. Lesjak

Name(s) of counsel (if any):

WILSON SONSINI GOODRICH & ROSATI
Katherine Henderson

Address: One Market Plaza Spear Tower, Suite 3300 San Francisco, CA 94105-1101

Telephone number(s): 415-947-2065

Email(s): khenderson@wsgr.com

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**                                   2                              *New 12/01/2018*