UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND and MARYLAND ELECTRICAL INDUSTRY PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> HP, INC.; et al., <br><br> Defendants - Appellees. | No. 22-15501 <br><br> D.C. No. 4:20-cv-07835-JSW U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered April 11, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT