UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YORK COUNTY ON BEHALF OF THE
COUNTY OF YORK RETIREMENT
FUND,

                    Plaintiff,

          v.

HP INC., et al.,

                    Defendants.

Case No.  20-cv-07835-JSW   (LJC)

**NOTICE OF REFERRAL FOR
DISCOVERY**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please be advised that discovery disputes must be presented in a joint letter brief that includes, *inter alia*, an attestation that the parties have met and conferred as required by the Standing Order.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

          **IT IS SO ORDERED.**

Dated: June 27, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge