# EXHIBIT 3

Use these links to rapidly review the document
TABLE OF CONTENTS
Index

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

**For the quarterly period ended: July 31, 2015**

**Or**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from            to**

**Commission file number 1-4423**

# HEWLETT-PACKARD COMPANY
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-1081436** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| **3000 Hanover Street, Palo Alto, California** | **94304** |
| (Address of principal executive offices) | (Zip code) |

**(650) 857-1501**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 (the "Exchange Act") during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒        No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒        No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐

(Do not check if a smaller
reporting company)

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act).    Yes ☐        No ☒

The number of shares of HP common stock outstanding as of August 31, 2015 was 1,798,224,792 shares.

**Item 2.   Management's Discussion and Analysis of Financial Condition and Results of Operations.**

HEWLETT-PACKARD COMPANY AND SUBSIDIARIES

**Management's Discussion and Analysis of
Financial Condition and Results of Operations**

This Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is organized as follows:

- *Overview.*   A discussion of our business and overall analysis of financial and other highlights affecting the company to provide context for the remainder of this MD&A. The overview analysis compares the three and nine months ended July 31, 2015 to the prior-year periods.

- *Critical Accounting Policies and Estimates.*   A discussion of accounting policies and estimates that we believe are important to understanding the assumptions and judgments incorporated in our reported financial results.

- *Results of Operations.*   An analysis of our financial results comparing the three and nine months ended July 31, 2015 to the prior-year periods. A discussion of results of operations at the consolidated level is followed by a more detailed discussion of results of operations by segment.

- *Liquidity and Capital Resources.*   An analysis of changes in our cash flows and a discussion of our financial condition and liquidity.

- *Contractual and Other Obligations.*   An overview of contractual obligations, retirement and post-retirement benefit plan funding, restructuring plans, separation costs, uncertain tax positions and off-balance sheet arrangements.

We intend the discussion of our financial condition and results of operations that follows to provide information that will assist the reader in understanding our Consolidated Condensed Financial Statements, the changes in certain key items in those financial statements from year to year, and the primary factors that accounted for those changes, as well as how certain accounting principles, policies and estimates affect our Consolidated Condensed Financial Statements. This discussion should be read in conjunction with our Consolidated Condensed Financial Statements and the related notes that appear elsewhere in this document.

**October 2014 Announcement of HP Separation Transaction**

On October 6, 2014, we announced plans to separate into two independent publicly-traded companies: one comprising our enterprise technology infrastructure, software, services and financing businesses, which will conduct business as Hewlett Packard Enterprise and one that will comprise our printing and personal systems businesses, which will conduct business as HP Inc. The separation is subject to certain conditions, including, among others, obtaining final approval from HP's Board of Directors, receipt of a favorable opinion and/or rulings with respect to the tax-free nature of the transaction for federal income tax purposes and the effectiveness of a Form 10 filing with the Securities and Exchange Commission ("SEC"). Separation is expected to be completed at the end of fiscal 2015. Under the separation plan, HP shareholders will own shares of both Hewlett Packard Enterprise and HP Inc.

The process of completing the separation has been and is expected to continue to be time-consuming and involves significant costs and expenses. Accordingly, we will incur separation charges and foreign tax expenses associated with separating into two companies. During the nine months ended July 31, 2015, we recorded nonrecurring separation costs of $750 million, which were primarily related to third-party consulting, contractor fees and other incremental costs directly

66

associated with the separation process. As of July 31, 2015, we continue to expect the total separation charges and net foreign tax expenses to be approximately $2.6 billion across fiscal 2015 and fiscal 2016. Additionally, the separation into two independent companies is expected to result in total dis-synergies of approximately $400 million to $450 million annually, which costs are primarily associated with corporate functions such as finance, legal, IT, real estate and human resources. Such dis-synergies are expected to be divided approximately equally between HP Inc. and Hewlett Packard Enterprise.

We are recording a deferred tax asset on these costs and expenses as they are incurred through fiscal 2015. We expect a portion of these deferred tax assets associated with separation costs and expenses will be eliminated, as non-deductible expenses, at the time the separation is executed. Furthermore, we concluded on the legal form of the separation and in May, 2015 announced that Hewlett Packard Enterprise will be the spinnee company in the United States ("U.S."). Accordingly, we expect to effect certain internal reorganizations of, and transactions among, our wholly-owned subsidiaries and operating activities in preparation for the legal form of separation. As a result, in future periods, we expect to record the impact of separation-related activities. These adjustments are in the process of being finalized but may result in an increase to deferred tax assets of approximately $1.0 to $1.6 billion. Our results of operations could be materially impacted in any future period by these matters. In addition, gross incremental foreign tax expenses related to the separation of foreign legal entities are estimated to be up to approximately $950 million in fiscal 2015 and we anticipate estimated foreign tax credits up to approximately $200 million in fiscal 2015 with additional tax credit amounts expected over several years. As of July 31, 2015, we also expect separation-related capital expenditures of approximately $300 million in fiscal 2015.

The following chart provides an overview of the planned separation and segment revenues of the respective businesses based on HP's fiscal 2014 financial results, excluding Corporate Investments and intercompany eliminations.



The following Overview, Results of Operations and Liquidity discussions and analysis compare the three and nine months ended July 31, 2015 to the prior-year periods, unless otherwise noted. The Capital Resources and Contractual and Other Obligations discussions present information as of July 31, 2015, unless otherwise noted.

**OVERVIEW**

We are a leading global provider of products, technologies, software, solutions and services to individual consumers, small- and medium-sized businesses ("SMBs") and large enterprises, including customers in the government, health and education sectors. Our offerings span the following:

- personal computing and other access devices;

- imaging- and printing-related products and services;

- enterprise IT infrastructure, including enterprise server and storage technology, networking products and solutions, technology support and maintenance;

- multi-vendor customer services, including technology consulting, outsourcing and support services across infrastructure, applications and business process domains; and

- software products and solutions, including application testing and delivery, big data analytics, enterprise security, information governance, IT operations management, and marketing optimization.

We have seven segments for financial reporting purposes: Personal Systems, Printing, the Enterprise Group ("EG"), Enterprise Services ("ES"), Software, HP Financial Services ("HPFS") and Corporate Investments.

The following provides an overview of our key financial metrics by segment:

| | HP Consolidated | Printing and Personal Systems Group | | | Enterprise Group | Enterprise Services | Software | HPFS | Corporate Investments (3) |
| | | Personal Systems | Printing | Total | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | In millions, except per share amounts | | | | | |
| **Three months ended July 31, 2015** | | | | | | | | | |
| Net revenue (1) | $ 25,349 | $ 7,491 | $ 5,108 | $ 12,599 | $ 7,007 | $ 4,976 | $ 900 | $ 806 | $ 4 |
| Year-over-year change % | (8.1)% | (13.4)% | (8.6)% | (11.5)% | 2.0% | (11.0)% | (6.2)% | (5.7)% | 33.3% |
| Earnings from operation (2) | $ 1,212 | $ 222 | $ 910 | $ 1,132 | $ 912 | $ 297 | $ 185 | $ 87 | $ (148) |
| Earnings from operation as a % of net revenue | 4.8% | 3.0% | 17.8% | 9.0% | 13.0% | 6.0% | 20.6% | 10.8% | NM |
| Year-over-year change percentage points | (0.5) pts | (1.0) pts | (0.6) pts | (0.6) pts | (1.0) pts | 1.9 pts | (0.6) pts | 1.6 pts | NM |
| Net earnings | $ 854 | | | | | | | | |
| Net earnings per share | | | | | | | | | |
| Basic | $ 0.47 | | | | | | | | |
| Diluted | $ 0.47 | | | | | | | | |

(1)     HP Consolidated net revenue excludes intersegment net revenue and other.

(2)     Segment earnings from operations exclude corporate and unallocated costs, stock-based compensation expense, amortization of intangible assets, restructuring charges, acquisition-related charges, separation costs, defined benefit plan settlement charges and impairment of data center assets.

(3)     "NM" represents not meaningful.

Net revenue declined 8.1% (declined 2.2% on a constant currency basis) in the three months ended July 31, 2015, as compared to the prior-year period. The leading contributors to the net revenue decline were unfavorable currency impacts, lower desktop and notebook sales in Personal Systems, key account runoff in ES and lower supplies and hardware sales in Printing. Partially offsetting the net revenue decline was growth in the EG segment from sales of Industry Standard Servers ("ISS") and growth in Networking. Gross margin was 23.8% ($6.0 billion) and 24.0% ($6.6 billion) for the three months ended July 31, 2015 and 2014, respectively. The 0.2 percentage points decrease in gross margin was due primarily to competitive pricing pressures in Printing, EG and Personal Systems and a higher mix of ISS products in EG. Partially offsetting the gross margin decline was the impact of service delivery efficiencies in ES. Operating margin decreased by 0.5 percentage points in the three months ended July 31, 2015 as compared to the prior-year period, due primarily to the decline in gross margin and expenses resulting from separation activites, data center impairments and pension plan settlement charges. Partially offsetting these declines was lower restructuring

charges in the current period and

68

Case 4:20-cv-07835-JSW   Document 71-3   Filed 07/21/23   Page 7 of 25

68

lower selling, general and administrative ("SG&A") expenses. The decline in SG&A expenses was primarily due to favorable currency impacts.

| | HP Consolidated | Personal Systems | Printing | Total | Enterprise Group | Enterprise Services | Software | HPFS | Corporate Investments (3) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In millions, except per share amounts | | |
| **Nine months ended July 31, 201** | | | | | | | | | |
| Net revenue (1) | $ 77,641 | $ 23,775 | $ 16,104 | $ 39,879 | $ 20,549 | $ 14,786 | $ 2,663 | $ 2,414 | $ 22 |
| Year-over-year change % | (6.5)% | (6.2)% | (6.6)% | (6.4)% | 0.4% | (12.4)% | (6.4)% | (6.9)% | (92.6)% |
| Earnings from operations (2) | $ 4,563 | $ 770 | $ 2,973 | $ 3,743 | $ 2,952 | $ 639 | $ 502 | $ 262 | $ (416) |
| Earnings from operations as a % of net revenue | 5.9% | 3.2% | 18.5% | 9.4% | 14.4% | 4.3% | 18.9% | 10.9% | NM |
| Year-over-year change percentage points | (0.4) pts | (0.4) pts | 0.3 pts | (0.1) pts | 0.1 pts | 1.7 pts | 0.1 pts | 0.1 pts | NM |
| Net earnings | $ 3,231 | | | | | | | | |
| Net earnings per share | | | | | | | | | |
| Basic | $ 1.78 | | | | | | | | |
| Diluted | $ 1.75 | | | | | | | | |

Printing and Personal Systems Group spans Personal Systems, Printing, and Total.

(1)    HP Consolidated net revenue excludes intersegment net revenue and other.

(2)    Segment earnings from operations exclude corporate and unallocated costs, stock-based compensation expense, amortization of intangible assets, restructuring charges, acquisition-related charges, separation costs, defined benefit plan settlement charges and impairment of data center assets.

(3)    "NM" represents not meaningful.

Net revenue declined 6.5% (declined 2.3% on a constant currency basis) in the nine months ended July 31, 2015, as compared to the prior-year period. The leading contributors to the net revenue decline were unfavorable currency impacts, key account runoff and soft demand in Infrastructure Technology Outsourcing ("ITO") in ES, lower desktop sales in Personal Systems and lower sales of Printing supplies. Partially offsetting these declines was growth within the EG segment from sales of ISS servers. Gross margin was 23.7% ($18.4 billion) and 23.6% ($19.6 billion) for the nine months ended July 31, 2015 and 2014, respectively. The 0.1 percentage point increase in gross margin was due primarily to service delivery efficiencies and improvements in underperforming contracts in ES. Partially offsetting the gross margin increase was the impact from a higher mix of ISS products in EG, competitive pricing pressures in Printing and the impact from the sale of intellectual property ("IP") in the prior-year period. We continue to experience gross margin pressures resulting from a competitive pricing environment across our hardware portfolio. Operating margin decreased by 0.4 percentage points in the nine months ended July 31, 2015 as compared to the prior-year period due primarily to separation costs, data center impairments, pension plan settlement charges and the impact from the sale of IP in the prior-year period. Partially offsetting these declines was the gross margin increase, lower SG&A expenses and lower restructuring charges.

As of July 31, 2015, cash and cash equivalents and short- and long-term investments were $17.4 billion, representing an increase of approximately $1.9 billion from the October 31, 2014 balance of $15.5 billion. The increase in cash and cash equivalents and short- and long-term investments during the first nine months of fiscal 2015 was primarily due to the following factors: cash received for net issuances and repayments of debt of $6.0 billion and from operating cash flows of $3.9 billion; partially offset by cash utilization for share repurchases of common stock of $2.6 billion, investments in business acquisitions and property, plant and equipment net of proceeds from sales of $2.6 billion and $2.3 billion, respectively and dividend payments to stockholders of $913 million.

We continue to experience challenges that are representative of trends and uncertainties that may affect our business and results of operations. One set of challenges relates to dynamic and accelerating market trends, such as the market shift to cloud-related IT infrastructure, software and services, and the growth in software-as-a-service ("SaaS") business models. Certain of our legacy hardware businesses face challenges as customers migrate to cloud-based offerings and reduce their purchases of

hardware products. Additionally, our legacy software business derives a large portion of its revenues from upfront license sales, some of which over time can be expected to shift to SaaS. Another set of challenges relates to changes in the competitive landscape. Our major competitors are expanding their product and service offerings with integrated products and solutions, our business-specific competitors are exerting increased competitive pressure in targeted areas and are entering new markets, our emerging competitors are introducing new technologies and business models, and our alliance partners in some businesses are increasingly becoming our competitors in others. A third set of challenges relates to business model changes and our go-to-market execution.

The macroeconomic weakness we have experienced has moderated in some geographic regions but remains an overall challenge. A discussion of some of these challenges at the segment level is set forth below.

- In Personal Systems, we are witnessing a softening demand in the Personal Computer ("PC") market as customers hold onto their PCs longer, thereby extending PC refresh cycles. The growth of and preference towards mobility form factors is also impacting demand for traditional notebooks and desktop tower PCs. To address this trend, HP is investing significantly in mobility form factors such as convertible notebooks, detachable notebooks, and commercial tablets in order to meet varying customer needs. Additionally, demand for PCs is being impacted by weaker macroeconomic conditions in certain Asian and European markets. As such, we see continued market headwinds for the next several quarters. We also see opportunity in the market long term given our strength in Commercial and the launch of Windows 10, which represents a potential catalyst for demand, particularly in Consumer. In Personal Systems, we are maintaining our strategic focus on profitable growth through improved market segmentation with respect to multi-operating systems, multi-architecture, geography, customer segments and other key attributes.

- In Printing, we are experiencing the impact of the growth in mobility and demand challenges in consumer and commercial markets. We are also experiencing an overall competitive pricing environment due to aggressive pricing from our Japanese competitors, given the weakness of the Japanese Yen. To be successful in addressing these challenges, we need to continue to execute on our key initiatives of focusing on products targeted at high usage categories, developing emerging market opportunities and introducing new revenue delivery models to consumer customers. In the consumer market, our Ink in the Office products are driving unit volume due to demand for our OfficeJet Pro product lines, particularly our OfficeJet Pro X printers which leverage our Page-Wide Array technology. The Ink in the Office initiative targets shifting ink into SMBs more profitably. In the commercial market, our focus is on placing higher value printer units which also offers a positive annuity of toner and ink and accelerating growth in graphics. We are accomplishing this in several growth areas: in multi-function and Enterprise Ink printers with recently introduced products that are increasing demand, in managed print services, which presents a strong after-market supplies opportunity, and in graphics with product innovation in our Indigo product line. We plan to continue this focus on shifting the mix in the installed base with more value-added units, and expanding our innovative ink, laser and graphics programs.

- In EG, we are experiencing challenges due to multiple market trends, including the increasing demand for hyperscale computing infrastructure products, the transition to cloud computing and a highly competitive pricing environment. In addition, demand for our Business Critical Systems ("BCS") products continues to weaken as has the overall market for UNIX products. The effect of lower BCS and traditional storage revenue along with a higher mix of density optimized server products and mid-range converged storage solutions is impacting support attach opportunities in Technology Services ("TS"). To be successful in overcoming these challenges, we must address business model shifts and go-to-market execution challenges, while continuing to

70

pursue new product innovation that builds on our existing capabilities in areas such as cloud and data center computing, software-defined networking, storage, blade servers and wireless networking.

- In ES, we are facing challenges, including managing the revenue runoff from several large contracts, pressured public sector spending, a competitive pricing environment and market pressures from a mixed economic recovery in Europe, the Middle East and Africa ("EMEA"). We are also experiencing commoditization in the IT infrastructure services market that is placing pressure on traditional ITO pricing and cost structures. There is also an industry-wide shift to highly automated, asset-light delivery of IT infrastructure and applications leading to headcount consolidation. To be successful in addressing these challenges, we must execute on the ES multi-year turnaround plan, which includes a cost reduction initiative to align our costs to our revenue trajectory, a focus on new logo wins and Strategic Enterprise Services ("SES") and initiatives to improve execution in sales performance and accountability, contracting practices and pricing.

- In Software, we are facing challenges, including the market shift to SaaS and go-to-market execution challenges. To be successful in addressing these challenges, we must improve our go-to-market execution with multiple product delivery models which better address customer needs and achieve broader integration across our overall product portfolio as we work to capitalize on important market opportunities in cloud, big data and security.

To address these challenges, we continue to pursue innovation with a view towards developing new products and services aligned with market demand, industry trends and the needs of our customers and partners. In addition, we need to continue to improve our operations, with a particular focus on enhancing our end-to-end processes and efficiencies. We also need to continue to optimize our sales coverage models, align our sales incentives with our strategic goals, improve channel execution, strengthen our capabilities in our areas of strategic focus, and develop and capitalize on market opportunities.

For a further discussion of trends, uncertainties and other factors that could impact our operating results, see the section entitled "Risk Factors" in Item 1A, which is incorporated herein by reference.

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

Management's Discussion and Analysis of Financial Condition and Results of Operations is based on our Consolidated Condensed Financial Statements, which have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). The preparation of these financial statements requires management to make estimates, judgments and assumptions that affect the reported amounts of assets, liabilities, net revenues and expenses, and disclosure of contingent liabilities. Our management believes that there have been no significant changes during the nine months ended July 31, 2015 to the items that we disclosed as our critical accounting policies and estimates in Management's Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for the fiscal year ended October 31, 2014.

## ACCOUNTING PRONOUNCEMENTS

For a summary of recent accounting pronouncements applicable to our consolidated condensed financial statements see Note 1 to the Consolidated Condensed Financial Statements in Item 1, which is incorporated herein by reference.

## RESULTS OF OPERATIONS

Revenue from our international operations has historically represented, and we expect will continue to represent, a majority of our overall net revenue. As a result, our revenue growth has been

71

impacted, and we expect will continue to be impacted, by fluctuations in foreign currency exchange rates. In order to provide a framework for assessing performance excluding the impact of foreign currency fluctuations, we present the year-over-year percentage change in revenue on a constant currency basis, which assumes no change in foreign currency exchange rates from the prior-year period and doesn't adjust for any repricing or demand impacts from changes in foreign currency exchange rates. This information is provided so that revenue can be viewed without the effect of fluctuations in foreign currency exchange rates, which is consistent with how management evaluates our revenue results and trends. This constant currency disclosure is provided in addition to, and not as a substitute for, the year-over-year percentage change in revenue on a GAAP basis. Other companies may calculate and define similarly labeled items differently, which may limit the usefulness of this measure for comparative purposes.

Results of operations in dollars and as a percentage of net revenue were as follows:

| | Three months ended July 31 | | | | Nine months ended July 31 | | | |
| | 2015 | | 2014 | | 2015 | | 2014 | |
| | Dollars | % of Revenue | Dollars | % of Revenue | Dollars | % of Revenue | Dollars | % of Revenue |
| | | | | Dollars in millions | | | | |
| Net revenue | $ 25,349 | 100.0% | $ 27,585 | 100.0% | $ 77,641 | 100.0% | $ 83,048 | 100.0% |
| Cost of sales (1) | 19,317 | 76.2% | 20,974 | 76.0% | 59,233 | 76.3% | 63,414 | 76.4% |
| Gross profit | 6,032 | 23.8% | 6,611 | 24.0% | 18,408 | 23.7% | 19,634 | 23.6% |
| Research and developmen | 893 | 3.5% | 887 | 3.2% | 2,568 | 3.3% | 2,571 | 3.1% |
| Selling, general and administrati | 2,962 | 11.7% | 3,388 | 12.3% | 9,096 | 11.7% | 9,989 | 12.0% |
| Amortization of intangible assets | 242 | 0.9% | 227 | 0.8% | 685 | 0.9% | 774 | 1.0% |
| Restructuring charges | 25 | 0.1% | 649 | 2.4% | 426 | 0.5% | 1,015 | 1.2% |
| Acquisition-related charges | 47 | 0.2% | 2 | — | 70 | 0.1% | 8 | — |
| Separation costs | 401 | 1.6% | — | — | 750 | 1.0% | — | — |
| Defined benefit plan settlement charges | 114 | 0.4% | — | — | 114 | 0.1% | — | — |
| Impairment of data center assets | 136 | 0.6% | — | — | 136 | 0.2% | — | — |
| Earnings from operation | 1,212 | 4.8% | 1,458 | 5.3% | 4,563 | 5.9% | 5,277 | 6.3% |
| Interest and other, net | (108) | (0.4)% | (145) | (0.6)% | (421) | (0.6)% | (482) | (0.6)% |
| Earnings before taxes | 1,104 | 4.4% | 1,313 | 4.7% | 4,142 | 5.3% | 4,795 | 5.7% |
| Provision for taxes | (250) | (1.0)% | (328) | (1.1)% | (911) | (1.1)% | (1,112) | (1.3)% |
| Net earnings | $ 854 | 3.4% | $ 985 | 3.6% | $ 3,231 | 4.2% | $ 3,683 | 4.4% |

(1)     Cost of products, cost of services and financing interest.

*Net Revenue*

For the three months ended July 31, 2015, total net revenue decreased 8.1% (decreased 2.2% on a constant currency basis). U.S. net revenue

decreased 4.7% to $9.3 billion, while net revenue from outside of the U.S. decreased 10.0% to $16.0 billion. For the nine months ended July 31, 2015, total net revenue decreased 6.5% (decreased 2.3% on a constant currency basis). U.S. net revenue decreased 3.1% to $27.8 billion, while net revenue from outside of the U.S. decreased 8.3% to $49.8 billion.

72

The components of the weighted net revenue change by segment were as follows:

| | Three months ended July 31, 2015 | Nine months ended July 31, 2015 |
|---|---|---|
| | Percentage Points | |
| Personal Systems | (4.2) | (1.9) |
| Enterprise Services | (2.3) | (2.5) |
| Printing | (1.7) | (1.4) |
| Software | (0.2) | (0.2) |
| HP Financial Services | (0.2) | (0.2) |
| Corporate Investments/Other | — | (0.4) |
| Enterprise Group | 0.5 | 0.1 |
| Total HP | (8.1) | (6.5) |

*Three months ended July 31, 2015 compared with three months ended July 31, 2014*

For the three months ended July 31, 2015, total net revenue decreased 8.1 percentage points. From a segment perspective, the primary factors contributing to the change in net revenue are summarized as follows:

- Personal Systems net revenue decreased due primarily to unfavorable currency impacts, particularly in EMEA, weakening market demand and competitive pricing pressures;

- ES net revenue decreased due primarily to unfavorable currency impacts and revenue runoff in two key accounts;

- Printing net revenue decreased due primarily to weak market demand and competitive pricing pressures;

- Software net revenue decreased due primarily to unfavorable currency impacts and declines in license revenue;

- HPFS net revenue decreased due primarily to unfavorable currency impacts; and

- EG net revenue increased due primarily to revenue resulting from our acquisition of Aruba Networks, Inc. ("Aruba") and growth in ISS.

*Nine months ended July 31, 2015 compared with nine months ended July 31, 2014*

For the nine months ended July 31, 2015, total net revenue decreased 6.5 percentage points. From a segment perspective, the primary factors contributing to the change in net revenue are summarized as follows:

- ES net revenue decreased due primarily to unfavorable currency impacts and revenue runoff in two key accounts;

- Personal Systems net revenue decreased due primarily to unfavorable currency impacts, particularly in EMEA, weakening market demand and competitive pricing pressures;

- Printing net revenue decreased due primarily to weak market demand and competitive pricing pressures;

- Corporate Investments net revenue decreased due to the sale of IP in the prior-year period;

- Software net revenue decreased due primarily to unfavorable currency impacts and declines in license revenue;

- HPFS net revenue decreased due primarily to unfavorable currency impacts, lower asset management activity and lower portfolio revenue as a result of lower interest rate yields; and

- EG net revenue increased due to growth in ISS.

A more detailed discussion of segment revenue is included under "Segment Information" below.

*Gross Margin*

<u>*Three months ended July 31, 2015 compared with three months ended July 31, 2014*</u>

For the three months ended July 31, 2015, total gross margin decreased 0.2 percentage points. From a segment perspective, the primary factors impacting gross margin performance are summarized as follows:

- Printing gross margin decreased due primarily to a competitive pricing environment in hardware;

- EG gross margin decreased due primarily to unfavorable currency impacts, an unfavorable mix, and competitive pricing;

- Personal Systems gross margin decreased due primarily to unfavorable currency impacts, net of repricing;

- Software gross margin decreased due primarily to an unfavorable mix of license revenue;

- ES gross margin increased due primarily to service delivery efficiencies; and

- HPFS gross margin increased due primarily to higher margins in asset management activity due to a customer billing adjustment in the prior-year period.

<u>*Nine months ended July 31, 2015 compared with nine months ended July 31, 2014*</u>

For the nine months ended July 31, 2015, total gross margin increased 0.1 percentage points. From a segment perspective, the primary factors impacting gross margin performance are summarized as follows:

- ES gross margin increased due primarily to service delivery efficiencies and improving profit performance in underperforming contracts;

- HPFS gross margin increased due primarily to higher margins in asset management activity primarily from asset recovery services and the result of a customer billing adjustment in the prior-year period;

- EG gross margin decreased due primarily to a higher mix of ISS products, unfavorable currency impacts, and competitive pricing;

- Printing gross margin decreased due primarily to a competitive pricing environment in hardware;

- Personal Systems gross margin decreased due primarily to unfavorable currency impacts and a higher mix of consumer products;

- Software gross margin decreased due primarily to an unfavorable mix of license revenue; and

- Corporate Investments gross margin decreased due to the impact from a sale of IP in the prior-year period.

A more detailed discussion of segment gross margins and operating margins is included under "Segment Information" below.

74

*Operating Expenses*

### Research and Development

R&D expense increased 1% for the three months ended July 31, 2015, due primarily to expenses in the period from Aruba and increases in TS and HP Labs as we make investments in our strategic focus areas of security and cloud, partially offset by favorable currency impacts.

R&D expense was flat for the nine months ended July 31, 2015 due primarily to favorable currency impacts offset by increases in Personal Systems, TS and Networking in the EG segment and HP Labs.

### Selling, General and Administrative

SG&A expense decreased 13% for the three months ended July 31, 2015, due primarily to favorable currency impacts, gains on divestitures, insurance reserve releases and the impact of higher expenses in the prior-year period from one-time items. The decrease was partially offset by expenses in the current period from Aruba.

SG&A expense decreased 9% for the nine months ended July 31, 2015, due primarily to favorable currency impacts and declines in go-to-market costs as a result of lower commissions and productivity initiatives. The decrease was partially offset by higher administrative expenses due to a gain from the sale of real estate in the prior-year period.

### Amortization of Intangible Assets

Amortization expense increased 7% for the three months ended July 31, 2015 due primarily to the intangible assets resulting from the acquisition of Aruba. The increase was partially offset by certain intangible assets associated with prior acquisitions reaching the end of their respective amortization periods.

Amortization expense decreased 12% for the nine months ended July 31, 2015 due primarily to certain intangible assets associated with prior acquisitions reaching the end of their respective amortization periods.

### Restructuring Charges

Restructuring charges decreased for the three and nine months ended July 31, 2015, due primarily to lower charges from the multi-year restructuring plan initially announced in May 2012 (the "2012 Plan").

### Acquisition-Related Charges

Acquisition-related charges increased for the three and nine months ended July 31, 2015, due primarily to a non-cash inventory fair value adjustment charge and professional services and legal fees associated with the acquisition of Aruba.

### Separation Costs

Separation costs for the three and nine months ended July 31, 2015, were primarily related to third-party consulting, contractor fees and other incremental costs.

Defined Benefit Plan Settlement Charges

Defined benefit plan settlement charges for the three and nine months ended July 31, 2015 were related to U.S. defined benefit plan settlement expense and net periodic benefit cost resulting from the voluntary lump sum program announced in January 2015.

Impairment of Data Center Assets

Impairment of data center assets for the three and nine months ended July 31, 2015, was related to our exit from several ES data centers.

*Interest and Other, Net*

Interest and other, net expense decreased by $37 million for the three months ended July 31, 2015 due primarily to a decrease in miscellaneous other expense.

Interest and other, net expense decreased by $61 million for the nine months ended July 31, 2015. The decrease was driven by lower interest expense due to lower weighted average interest rates and a decrease in miscellaneous other expense partially offset by higher foreign currency transaction losses.

*Provision for Taxes*

Our effective tax rate was 22.6% and 25.0% for the three months ended July 31, 2015 and 2014, respectively, and 22.0% and 23.2% for the nine months ended July 31, 2015 and 2014, respectively. Our effective tax rate generally differs from the U.S. federal statutory rate of 35% due to favorable tax rates associated with certain earnings from our operations in lower tax jurisdictions throughout the world. We have not provided U.S. taxes for all foreign earnings because we plan to reinvest some of those earnings indefinitely outside the U.S.

In the three and nine months ended July 31, 2015, we recorded discrete items resulting in net tax benefits of $164 million and $349 million, respectively. These amounts included a tax benefit of $122 million and $237 million, for the three and nine months ended July 31, 2015, respectively, on separation charges and a tax benefit of $23 million and $75 million for the three and nine months ended July 31, 2015, respectively, on combined restructuring and acquisition-related charges. The nine month period ended July 31, 2015, also included a tax benefit of $47 million arising from the retroactive research and development credit provided by the Tax Increase Prevention Act of 2014 signed into law in December 2014. Additionally, in the three and nine months ended July 31, 2015, we recorded various other discrete tax benefits of $19 million and tax charges of $10 million, respectively.

In the three and nine months ended July 31, 2014, we recorded discrete items resulting in net tax benefits of $88 million and $53 million, respectively. These amounts include tax benefits of $100 million and $145 million related to restructuring charges, respectively.

**Segment Information**

A description of the products and services for each segment can be found in Note 2 to the Consolidated Condensed Financial Statements in Item 1, which is incorporated herein by reference. Future changes to this organizational structure may result in changes to the segments disclosed.

Effective at the beginning of our first quarter of fiscal 2015, we implemented an organizational change to align our segment financial reporting more closely with our current business structure. This organizational change resulted in the transfer of third-party multi-vendor support arrangements from the TS business unit within the EG segment to the ITO business unit within the ES segment.

76

### *Printing and Personal Systems Group*

The Personal Systems segment and the Printing segment are structured beneath a broader Printing and Personal Systems Group ("PPS"). We describe the results of the segments within PPS below.

### *Personal Systems*

| | Three months ended July 31 | | |
| --- | --- | --- | --- |
| | 2015 | 2014 | % Change |
| | Dollars in millions | | |
| Net revenue | $ 7,491 | $ 8,649 | (13.4)% |
| Earnings from operations | $ 222 | $ 346 | (35.8)% |
| Earnings from operations as a % of net revenue | 3.0% | 4.0% | |

| | Nine months ended July 31 | | |
| --- | --- | --- | --- |
| | 2015 | 2014 | % Change |
| | Dollars in millions | | |
| Net revenue | $ 23,775 | $ 25,355 | (6.2)% |
| Earnings from operations | $ 770 | $ 915 | (15.8)% |
| Earnings from operations as a % of net revenue | 3.2% | 3.6% | |

The components of net revenue and the weighted net revenue change by business unit were as follows:

| | Three months ended July 31 | | |
| --- | --- | --- | --- |
| | Net Revenue | | Weighted Net Revenue Change Percentage Points |
| | 2015 | 2014 | |
| | Dollars in millions | | |
| Desktop PCs | $ 2,700 | $ 3,395 | (8.1) |
| Notebook PCs | 3,993 | 4,359 | (4.2) |
| Workstations | 507 | 579 | (0.8) |
| Other | 291 | 316 | (0.3) |
| Total Personal Systems | $ 7,491 | $ 8,649 | (13.4) |

| | Nine months ended July 31 | | |
| --- | --- | --- | --- |
| | Net Revenue | | Weighted Net Revenue Change Percentage Points |
| | 2015 | 2014 | |
| | Dollars in millions | | |
| Desktop PCs | $ 8,411 | $ 10,012 | (6.3) |
| Notebook PCs | 12,887 | 12,671 | 0.9 |
| Workstations | 1,546 | 1,660 | (0.5) |
| Other | 931 | 1,012 | (0.3) |
| Total Personal Systems | $ 23,775 | $ 25,355 | (6.2) |

*Three months ended July 31, 2015 compared with three months ended July 31, 2014*

Personal Systems net revenue decreased 13.4% (decreased 7.0% on a constant currency basis) for the three months ended July 31, 2015. The revenue decline in Personal Systems was due primarily to unfavorable currency impacts, particularly in EMEA, weakening market demand and competitive pricing pressures. Net revenue declined across all product categories led by a 20% decline in Desktop PCs, 8% in Notebook PCs, 12% in Workstations and 8% in Other net revenue. The decline in Personal Systems net revenue was driven by an 11% decline in unit volume along with a 3% decline in average selling prices ("ASPs"). The unit volume decrease was primarily led by a double-digit volume decline in desktops and to a lesser extent in notebooks. Within the volume decline in notebooks, we experienced volume growth in commercial notebooks. The decline in ASPs was due primarily to unfavorable currency impacts, net of repricing, and a shift in consumer PCs to low-end products, partially offset by a higher mix of commercial PCs within Personal Systems.

Net revenue for commercial clients decreased 9% due primarily to unfavorable currency impacts, weakening market demand for commercial desktops and higher revenue in the prior-year period resulting from the replacement of the Windows XP operating system. The revenue decline in commercial clients was partially offset by growth in commercial notebooks. Net revenue for consumer clients decreased 22% due primarily to unfavorable currency impacts and a decline in notebooks and desktops due in part to customers delaying purchases in anticipation of the scheduled release of Windows 10. The net revenue decline in Other was due primarily to a decline in sales of consumer tablets and unfavorable currency impacts, partially offset by increased sales of extended warranties.

Personal Systems earnings from operations as a percentage of net revenue decreased by 1.0 percentage point for the three months ended July 31, 2015 as a result of a decline in gross margin combined with an increase in operating expenses as a percentage of net revenue. The decline in gross margin was due primarily to unfavorable currency impacts, net of repricing, partially offset by favorable component costs, a higher mix of commercial products and operational cost improvements. Operating expenses as a percentage of net revenue increased due primarily to the size of the revenue decline, partially offset by favorable currency impacts.

*Nine months ended July 31, 2015 compared with nine months ended July 31, 2014*

Personal Systems net revenue decreased 6.2% (decreased 1.6% on a constant currency basis) for the nine months ended July 31, 2015. The revenue decline in Personal Systems was due primarily to unfavorable currency impacts, particularly in EMEA, weakening market demand and competitive pricing pressures. Net revenue declined 16% in Desktop PCs, 7% in Workstations and 8% in Other net revenue, Notebook PCs experienced a revenue increase of 2%. Personal Systems net revenue decreased as a result of a 6% decline in ASPs. The decline in ASPs was due primarily to unfavorable currency impacts and a shift in consumer PCs to low end products, partially offset by a favorable mix of commercial PCs within Personal Systems. The unit volume was flat primarily due to volume declines in desktops offset by growth in notebooks, both consumer and commercial.

Net revenue for commercial clients decreased 6% due primarily to unfavorable currency impacts and a decline in commercial desktops as a result of weak market demand and higher revenue in the prior-year period resulting from the replacement of the Windows XP operating system, the effects of which were partially offset by growth in commercial notebooks. Net revenue for consumer clients decreased 7% due primarily to unfavorable currency impacts and a decline in consumer desktops, the effects of which were partially offset by growth in consumer notebooks. The net revenue decline in Other was due primarily to the sale of IP in the prior-year period, a decline in consumer tablets and unfavorable currency impacts, the effects of which were partially offset by increased sales of extended warranties and third-party options.

Personal Systems earnings from operations as a percentage of net revenue decreased by 0.4 percentage points for the nine months ended July 31, 2015 as a result of a decline in gross margin combined with an increase in operating expenses as a percentage of net revenue. The decline in gross margin was due primarily to unfavorable currency impacts and a higher mix of consumer products, the effects of which were partially offset by favorable component costs and operational cost improvements. Operating expenses as a percentage of net revenue increased due primarily to the size of the revenue decline, higher administrative expenses as a result of lower bad debt recoveries as compared to the prior-year period and higher R&D investments in commercial, mobility and immersive computing products, the effects of which were partially offset by a decline in field selling costs as a result of favorable currency impacts and operational cost improvements.

*Printing*

|  | Three months ended July 31 | | |
| --- | --- | --- | --- |
|  | 2015 | 2014 | % Change |
|  | Dollars in millions | | |
| Net revenue | $ 5,108 | $ 5,590 | (8.6)% |
| Earnings from operations | $ 910 | $ 1,026 | (11.3)% |
| Earnings from operations as a % of net revenue | 17.8% | 18.4% | |

|  | Nine months ended July 31 | | |
| --- | --- | --- | --- |
|  | 2015 | 2014 | % Change |
|  | Dollars in millions | | |
| Net revenue | $ 16,104 | $ 17,239 | (6.6)% |
| Earnings from operations | $ 2,973 | $ 3,145 | (5.5)% |
| Earnings from operations as a % of net revenue | 18.5% | 18.2% | |

The components of the net revenue and weighted net revenue change by business unit were as follows:

|  | Three months ended July 31 | | |
| --- | --- | --- | --- |
|  | Net Revenue | | Weighted Net Revenue Change Percentage Points |
|  | 2015 | 2014 | |
|  | Dollars in millions | | |
| Supplies | $ 3,455 | $ 3,660 | (3.7) |
| Commercial Hardware | 1,250 | 1,401 | (2.7) |
| Consumer Hardware | 403 | 529 | (2.2) |
| Total Printing | $ 5,108 | $ 5,590 | (8.6) |

|  | Nine months ended July 31 | | |
| --- | --- | --- | --- |
|  | Net Revenue | | Weighted Net Revenue Change Percentage Points |
|  | 2015 | 2014 | |
|  | Dollars in millions | | |
| Supplies | $ 10,740 | $ 11,321 | (3.4) |
| Commercial Hardware | 3,870 | 4,150 | (1.6) |
| Consumer Hardware | 1,494 | 1,768 | (1.6) |
| Total Printing | $ 16,104 | $ 17,239 | (6.6) |

*Three months ended July 31, 2015 compared with three months ended July 31, 2014*

Printing net revenue decreased 8.6% (decreased 6.5% on a constant currency basis) for the three months ended July 31, 2015. The decline in net revenue was due primarily to weak market demand and competitive pricing pressures, the effects of which were partially offset by growth in graphics products. From a regional perspective, Printing experienced a revenue decline across all regions, primarily in EMEA and particularly in Russia as a result of challenges in that market.

Net revenue for Supplies decreased 6% due primarily to demand weakness in toner, primarily in EMEA, led by a revenue decline in Russia, partially offset by growth in graphics supplies. Printer unit volume declined 2% while average revenue per unit ("ARU") decreased 13%. The decline in printer unit volume was due primarily to a decline in LaserJet and home printer units, the effects of which were partially offset by growth in SMB printer units. Printer ARU declined due primarily to a competitive pricing environment and unfavorable currency impacts. Net revenue for Commercial Hardware decreased 11% due to a 7% decline in ARU and a 6% decline in unit volume, the effects of which were partially offset by a revenue increase in other peripheral printing solutions. The ARU decline in Commercial Hardware was due primarily to a decline in LaserJet printers as a result of a competitive pricing environment and unfavorable currency impacts. The unit volume decline in Commercial Hardware was due primarily to a decline in transaction laser printer units within LaserJet printers. Net revenue for Consumer Hardware decreased 24% due to a 20% decline in ARU, flat unit volume and a revenue decline in other peripheral printing solutions. The ARU decline in Consumer Hardware was due primarily to a competitive pricing environment, a mix-shift to low-end printers and unfavorable currency impacts. The unit volume in Consumer Hardware was flat due to lower sales of home printer units offset by growth in sales of SMB printer units.

Printing earnings from operations as a percentage of net revenue decreased by 0.6 percentage points for the three months ended July 31, 2015 due to a decline in gross margin, partially offset by a decline in operating expenses as a percentage of net revenue. The decline in gross margin was due primarily to a competitive pricing environment in hardware, partially offset by a favorable mix of Supplies, particularly ink and graphics supplies, and favorable currency impacts from the Japanese Yen. Operating expenses as a percentage of net revenue decreased due primarily to the impact of the divestiture of our photo printing service Snapfish, favorable currency impacts and cost saving initiatives.

*Nine months ended July 31, 2015 compared with nine months ended July 31, 2014*

Printing net revenue decreased 6.6% (decreased 4.9% on a constant currency basis) for the nine months ended July 31, 2015. The decline in net revenue was due primarily to weak market demand and competitive pricing pressures, the effects of which were partially offset by growth in graphics products. From a regional perspective, Printing experienced a revenue decline across all regions, primarily in EMEA and particularly in Russia as a result of challenges in that market.

Net revenue for Supplies decreased 5% due primarily to demand weakness in toner, particularly in EMEA, led by a revenue decline in Russia, partially offset by growth in graphics supplies. Printer unit volumes declined 3% while ARU decreased 7%. Printer unit volume declined due primarily to a decline in home and LaserJet printer units, the effects of which were partially offset by growth in SMB and graphics printer units. The ARU for printers decreased due primarily to a highly competitive pricing environment and unfavorable currency impacts on inkjet and LaserJet printers. Net revenue for Commercial Hardware decreased 7% driven by a 6% decline in ARU and a 2% decline in unit volume, partially offset by a revenue increase in other peripheral solutions. The ARU decline in Commercial Hardware was due primarily to a decline in LaserJet printers as a result of a competitive pricing environment and unfavorable currency impacts. In Commercial Hardware, the decline in unit volume was due primarily to an overall decline in LaserJet printer units, partially offset by growth in multifunction laser and graphics printer units. Net revenue for Consumer Hardware decreased 15% due

80

primarily to a 13% decline in ARU and a 4% decline in unit volume, partially offset by a revenue increase in other peripheral solutions. The ARU decline in Consumer Hardware was due primarily to a competitive pricing environment, a mix-shift to low-end printers and unfavorable currency impacts. The unit volume decline in Consumer Hardware was due primarily to lower sales of home printer units, partially offset by growth in sales of SMB printer units.

Printing earnings from operations as a percentage of net revenue increased by 0.3 percentage points for the nine months ended July 31, 2015 due to lower operating expenses as a percentage of net revenue, partially offset by a decline in gross margin. The decline in gross margin was due primarily to a competitive pricing environment in hardware, partially offset by a favorable mix of ink and graphics supplies and favorable currency impacts from the Japanese Yen. Operating expenses as a percentage of net revenue decreased due primarily to the impact of the divestiture of our photo printing service Snapfish, lower marketing expenses, favorable currency impacts and cost saving initiatives.

*Enterprise Group*

|  | Three months ended July 31 | | |
| --- | --- | --- | --- |
|  | 2015 | 2014 | % Change |
|  | Dollars in millions | | |
| Net revenue | $ 7,007 | $ 6,872 | 2.0% |
| Earnings from operations | $ 912 | $ 963 | (5.3)% |
| Earnings from operations as a % of net revenue | 13.0% | 14.0% | |

|  | Nine months ended July 31 | | |
| --- | --- | --- | --- |
|  | 2015 | 2014 | % Change |
|  | Dollars in millions | | |
| Net revenue | $ 20,549 | $ 20,475 | 0.4% |
| Earnings from operations | $ 2,952 | $ 2,923 | 1.0% |
| Earnings from operations as a % of net revenue | 14.4% | 14.3% | |

The components of net revenue and the weighted net revenue change by business unit were as follows:

|  | Three months ended July 31 | | Weighted Net Revenue Change Percentage Points |
| --- | --- | --- | --- |
|  | Net Revenue | | |
|  | 2015 | 2014 | |
|  | Dollars in millions | | |
| Industry Standard Servers | $ 3,335 | $ 3,097 | 3.5 |
| Networking | 823 | 672 | 2.2 |
| Storage | 784 | 796 | (0.2) |
| Business Critical Systems | 184 | 233 | (0.7) |
| Technology Services | 1,881 | 2,074 | (2.8) |
| Total Enterprise Group | $ 7,007 | $ 6,872 | 2.0 |

81

QuickLinks -- Click here to rapidly navigate through this document

**Exhibit 31.1**

## CERTIFICATION

I, Margaret C. Whitman, certify that:

1.   I have reviewed this Quarterly Report on Form 10-Q of Hewlett-Packard Company;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 8, 2015

/s/ MARGARET C. WHITMAN

Margaret C. Whitman
*Chairman, President and Chief Executive Officer*
*(Principal Executive Officer)*

QuickLinks

Exhibit 31.1

CERTIFICATION

QuickLinks -- Click here to rapidly navigate through this document

**Exhibit 31.2**

## CERTIFICATION

I, Catherine A. Lesjak, certify that:

1. I have reviewed this Quarterly Report on Form 10-Q of Hewlett-Packard Company;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures, and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 8, 2015

/s/ CATHERINE A. LESJAK

Catherine A. Lesjak
*Executive Vice President and Chief Financial Officer*
*(Principal Financial Officer)*

QuickLinks

Exhibit 31.2

CERTIFICATION

QuickLinks

Exhibit 31.2