# EXHIBIT 8

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

FINAL

Bloomberg Transcript

# Sanford C Bernstein Strategic Decisions Conference

## Company Participants

- Dion Weisler, President and CEO

## Other Participants

- Toni Sacconaghi, Analyst

## Presentation

### Toni Sacconaghi   {BIO 3056875 <GO>}

Good morning, everyone. Welcome to Bernstein's Strategic Decisions Conference. I'm Toni Sacconaghi. I'm the IT hardware analyst here at Bernstein. And we're delighted to have Dion Weisler, the CEO of HP Inc., join us today.

We're going to do an informal fireside chat just in term -- for those of you who don't know Dion, he joined HP in January 2012. From 2013 to 2015 he was the head of the Printing and PC divisions at Hewlett-Packard. Then, upon split of the Company into HPE and HP Inc., he became CEO of HP Inc. on November 1, 2015.

Prior to joining HP, Dion spent time at Lenovo, Acer. And Telstra. He's a fellow member of the Commonwealth and an Aussie. For those who haven't met him, you'll hear that very, very soon. And we're delighted to have him. So Dion, thanks very much for joining us.

### Dion Weisler   {BIO 16725406 <GO>}

Toni, thanks for being here.

## Questions And Answers

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

So I have a number of questions for Dion. And -- oh, before we start, we do have -- I want to direct your attention to the safe harbor statements. I'm going to go through each word of these. So please bear with me. No. I'm just kidding. Please be aware of the disclaimers in that statement.

So without further ado, Dion, I have a lot of questions for you. For those of you who have questions, please put them on cards and pass them to the center of the aisle. So I'm going to implore you to -- for us to try and get through as many as we can.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

FINAL

Bloomberg Transcript

### A - Dion Weisler  {BIO 16725406 <GO>}

Sure.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

So about half your business from a revenue perspective is printing. And half is PC. So maybe we'll start with printing. And then we'll spend some time on PC. So I think the inevitable question around printing is isn't this a dying market? Aren't people printing less? There are environmental concerns. There's obviously electronic substitution that's existing. How do you think about -- perhaps we'll start with the core printing market of laser and inkjet in terms of what you think the growth rate is, going forward. And why.

### A - Dion Weisler  {BIO 16725406 <GO>}

Yes. So I think the danger in any large, mature market is to deal with the lore of large averages. And within the printing market, there are segments that are clearly in secular decline. I would acknowledge that. Home printing would be difficult to make an argument that that is a growth business. Moving forward, I think the SmartPhone has indeed impacted that particular business.

But there's other parts of the business that are clearly in growth. And so, if we break it up into sort of home and commercial, home -- except that that's in sort of secular decline, commercial-based printing is, if you look at the numbers, down 1%, up 1%, let's call it kind of flattish for government work. And potentially that may go down one or two points. But still a large, mature market.

And within the $110 billion of commercial printing, there's actually two $55 billion businesses. One's the A4 printing business. And the other is the A3 copier business. Both were roughly $55 billion each. We're market leaders in the A4 printer business. But we very low market share in the A3 copier space.

And the graphics business is also embedded there. And that's a business in growth, obviously looking to substitute traditional analog printing presses as they move across to digital. So within this big market, complicated market, there are puts and takes.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

But Dion, if we try and think about -- and I realize it's a dynamically changing equation. But the vast majority of your revenues today are concentrated in that traditional consumer and commercial marketplace. So I think--.

### A - Dion Weisler  {BIO 16725406 <GO>}

--(inaudible), yes.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

Correct. And so, I think if -- and particularly inkjet, which has higher profit margins. So the vast majority of your profits, probably 90% are exposed to markets where, as you said,

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

perhaps inkjet's declining mid-single digits. And commercial is flat to down slightly. Then, you may have 10% of your business today. And I understand it's dynamic, that's graphics and getting into A3, et cetera. But realistically, if we do that math, 90% of the business down low single digits. And then 10% of the business growing. Shouldn't we be thinking about the aggregate marketplace for the next couple years as being down 2% or 3%? Is that unfair, or am I mischaracterizing it?

### A - Dion Weisler   {BIO 16725406 <GO>}

I'm not sure you're necessarily mischaracterizing it. I would make one important point, that not all printing units are created equally. And it's a really important point. And I'll give you some sort of hypothetical numbers here just for the sake of giving you some -- giving you a framework to think about the printing market as we think about it.

If we take a low end, let's call it, $50 Deskjet printer sold at Best Buy, over the life of that printer, we may make -- and this is a hypothetical number -- $50. And you could take a high-end, multi-function printer and place it in a high-volume environment. And that printer may yield up to $5,000 of system profitability. So you're now talking a magnitude of 100 to one of placing that high-end, multi-function unit into the market. So it's not necessarily a unit equation. The mix really does matter.

But I would say that we believe it's still an attractive market, a very attractive market. It's a $240 billion TAM today. And there are large parts of that market that we don't largely participate in the copier space, is a great example, that $55 billion business. I think our graphics businesses several years ago was 10%. It's more today than that. And so, we still see it as a very attractive market.

Now, if we think about a relatively mature market, particularly on the consumer side, you can't help wondering whether this market -- this industry ought to consolidate. So you've seen Apex now buy Lexmark. But you still have a market that is -- many parts of (the) traditional part, as you noted, that are highly challenged for growth. If you think out three, five, seven years, is this market ripe for consolidation? Why or why not? And what parallels do you think of in terms of other industries that are relatively mature where consolidation may or may not have happened?

Yes. We don't have to look very hard for that. We just look across to our other portfolio of PCs. And we've seen a lot of consolidation over the years. I think consolidation is inevitable. It's already happened in ink. There's only three players in the world in ink. And we're, of course, the largest of the three.

But in laser, there's still 12 players. And in a market that -- let's call it flat, close enough for government work, I think that is a market ripe for consolidation. We're beginning to see moves. We've seen moves obviously with Xerox making their separation. We've seen moves from Lexmark and the Apex acquisition. I think that's just sign of the times, that this is -- this market will begin to consolidate (inaudible) to the shutters of that. And I expect that to continue.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

### Q - Toni Sacconaghi    {BIO 3056875 <GO>}

As someone in the laser side who has 40% market share, does it make sense for you to drive that consolidation, or do you create benefits for the whole industry of which you only capture part of because you have 40% market share? So does consolidation make a better industry? And does it make sense for you to lead the consolidation wave if it's ultimately inevitable?

### A - Dion Weisler    {BIO 16725406 <GO>}

Yes. Look, I think consolidation is important for the industry and for the health of the industry. And we want to be obviously on the right side of that. So the question becomes how do you consolidate? Do you consolidate through acquisition, or do you consolidate through taking share? Do you consolidate through having a differentiated solution? And I guess the answer lies in all of those opportunities and possibilities.

So for us, I've always said that just buying market share for market share's sake doesn't make a lot of sense. We'll always look to technologies. We'll always look to regions. We'll always look for specific areas to enhance the strategy of core growth in future. But I do believe that we are differentiating in the market with the release of PageWide. We're bringing (ink) into the office. So characterizing ink as only a consumer technology in a world where we now have printers that print double the speed of laser at half the cost with similar quality. That does indeed provide a pretty interesting value proposition when moving ink into the office (inaudible).

### Q - Toni Sacconaghi    {BIO 3056875 <GO>}

Dion, just on the Inc. in the office, can you -- I've been following Hewlett-Packard for a long time, arguably longer than I care to concede. But even 10 or 15 years ago, business inkjet was a priority for the Company. And I remember, because I wrote a note on this about 10 years ago, if you Google business inkjet on HP side, you got 30 printers 10 years ago. So this is a market that HP has been at for many, many, many years. And arguably has made fairly limited progress.

Now, I understand there's new technology with PageWide. And you've been -- started (inaudible) market now trying to push that out to commercial. But what data points can you point to in terms of percentage mix of your inkjet business, or percentage mix of your commercial business, that really says now is different? Because, quite frankly, it feels like this has been an effort for decades.

### A - Dion Weisler    {BIO 16725406 <GO>}

Yes. And I think that's fair. And I'm pretty happy that the Company had the leadership fortitude to continue despite some early failures in the technology. Some of you that have followed us for a long time will remember our first foray into PageWide, which was the (Edge Align) printer. And that was really quite a disaster on many levels. But it was a terrific learning. And the engineers persisted. And they fine-tuned. And they -- we ultimately came out with what we now call PageWide.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

And this, for those of you who don't follow us, when you normally have an inkjet printer, you have a print head that moves backwards and forwards across the page. And what we did was we built a print head that's the width of the page. And it has 40,000 nozzles. It sprays a billion drops of ink a second with precision. And we're able now to print at double the speed of laser, half the cost. And very similar quality.

And as a result of that, we're seeing sales of PageWide technology, which is really targeted at SMBs and corporate accounts, growing year-over-year, quarter-over-quarter, in many cases double-digits. And it's beginning to penetrate quite healthily for us. And I guess another data point of evidence is our increase in managed print services. We went from several years ago where we were number six, number five, to number two. And the reason our win rates are so much higher is we do a blended mix of both laser products and PageWide products. And when you put those economics together in a package for a customer, you end up with a really interesting value proposition for the customer, because no one can kind of get to the same economic levels that we can with PageWide. And so, these are some of the indicators we talk about every quarter.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Dion, just quickly, can you (paramatize) the success? So if you looked at business inkjet and -- in commercial accounts, I would imagine it's still less than 5% of the volumes you're placing in commercial. Is that fair? And similarly on MPS, can you help dimension the relative size of that business?

### A - Dion Weisler   {BIO 16725406 <GO>}

It's difficult to do that, not that we couldn't. But we began to characterize how much penetration ink was having in SMB and in the enterprise in a couple of earnings notes. And our competitors zoomed right in on it. And they went right after us in our sweet spot. So we've been much more cautious now on how we characterize the business and the mix within the business. So we don't sort of publicly release it.

But what we do do is talk about the growth rates that we're having to give some relative position of how we're tracking in the (inaudible).

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. Supplies are obviously where the profits are in the printing business. And we've made estimates -- you haven't said. But I'll say it -- that supplies are 100% of the profits of HP Inc. You lose money on hardware. You make money on PCs. Supplies are 100% of the profits of the Company. So as Willie Sutton said, you've got to go where the money is.

So let's spend a little time talking about supply. So I know you have a four-box model that determines sort of how supplies ultimately -- the growth rate of supplies ultimately gets shaped. But as an analyst looking at the business, I see hardware revenue down 19 out of the last 20 quarters. And revenue is a good proxy for not only units. But capacity of units. So not all units are alike. But revenue accounts for that.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

And so, revenue has been down for five years. I think the last four or five quarters, it's been down double-digits. I think you've conceded that, if anything, supplies capture rate has gone down, that the (remans) have gained some share over the last several years. So I think about two of the biggest drivers of supplies. And two of the boxes. And they both feel negative to me. And supplies have been declining at low to mid-single digit rates on a constant-currency basis. And your goal and target is for it to be flat at the end of next year.

So perhaps you can -- we can be a bit more specific on what changes relative to the current dynamic, where it feels like hardware's being pressures. And the re-manufacturers are being relatively successful. What specifically changes over the next six quarters where we can go from a run rate of low to mid-single digit supplies growth declines to one that's flattish?

### A - Dion Weisler  {BIO 16725406 <GO>}

So indeed, the four-box model a model that we use, not dissimilar to probably the models that you operate as you follow us. And I recognize that it's difficult, because we provide some very high-level data amidst very detailed--.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

--High level for sure--.

### A - Dion Weisler  {BIO 16725406 <GO>}

--very detailed data that we have that obviously we do not want to share explicitly. But the mix really does matter. I understand the point on revenue. But it's sort of revenue over time, because as units go in, they generate supplies over the course of time. And for commercial, they generate revenue for about seven years. And consumer they generate for about three years.

So the mix really does matter. And we've been reshaping the install base for some time now. We're continuing to optimize that based on the Big Data that we're collecting. We're optimizing where we place units, because you can take an identical unit, place one in New York and one in Thailand. And they'll yield a very different supplies result. So not only does the mix matter. But the geographical placement of where you put that unit also matters.

Refreshing the technology also has a big impact. Prior to the release of the Jet Intelligence series that we released over the course of the last year, our platforms were up to 10 years old. Now, the problem with that is, as we let our platforms age, the aftermarket alternatives begin to make formulations that get much closer to HP original supplies at a fraction of the cost. And that begins to impact one of the boxes, which is our aftermarket share. As we refresh technology, we put (in) new Jet Intelligence series. Our aftermarket usage goes immediately to 100%. And then it begins to decay from that point in time as the aftermarket alternatives begin to create formulations.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

So we now have a complete new range of Jet Intelligence products. So the install base consists of all the products we've put in over the last seven years. And we're beginning to top up the (bath) here with new Jet Intelligence units that get 100% attach. So it's the mix of your install base and the relative usage associated with the composition of that that makes a difference.

The third area that makes a big difference is the move from transactional motions to contractual motions. And we characterize that as managed print services. And you've seen us go from number five to number two in the market. And why is that important? Because when we sell a product transactionally, we sell a printer. And we never know whether we're completely attaching our HP original supplies or not, whereas when we sell a managed print service contract, we're guaranteed 100% supplies attach.

Moving into new business models like instant ink in mature markets, which is a subscription base for home, is all really designed to reduce the negative glide slope in the home market. And so, when you sign up for $2.99 a month, $4.99 a month or $9.99 a month, we're guaranteed 100% supplies attach. It's like an MPS for the home. And customers remain on subscription-based services when they sign up, almost all of them. The retention rates are off the chart. So as we move customers to new business models, that also impacts our supply.

So when you put all of those things in the mix into the four-box model, based on what it's telling us at this point in time, we stabilize revenue by the end of 2017 in constant-currency.

## Q - Toni Sacconaghi   {BIO 3056875 <GO>}

And if I could just push a little bit on that, Dion, because that's very helpful, it feels like -- so I sort of heard three reasons. One is involving mix, one is a evolving model transactional to contractual. And the other a refresh technology, which helps the catch rate on supply.

So the first and third feel like they're relatively gradual. And it feels like, if they were really taking hold, we would be seeing an improvement in supplies trajectory. But look, there's currency, there's a lot of other things. But it doesn't really feel like we've seen that. Now, the refresh technology I think is just taking hold. So that feels more discreet. But I guess the question would be, of these levers, which is the one that's going to affect the growth -- because they're all inputs into a model that drive your growth rate?

Is it really the refresh technology that you believe creates the biggest delta? Because I would argue. And again the numbers are a little tough. And you (have much better ones). But in aggregate, the supplies trajectory over the last six to eight quarters doesn't feel like it's been changing. And you have been reshaping the mix. And you have been increasing the contractual portion of it.

So I'm trying to understand, if I were to draw the straight line, it wouldn't get me to zero. And so I'm looking for what's dramatically changing.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

### A - Dion Weisler   {BIO 16725406 <GO>}

So offsetting the reshaping of the four boxes has been an incredibly competitive (modeling) environment. And with revenues declining faster than costs, our ability to place all of the units we would like to place into the market has been somewhat hampered, because these marginal MPV units -- we think about a unit as an MPV investment -- didn't make a lot of sense. So it was important for us to take costs out of the system so that we could place more units.

And you've seen us, over the course of just last quarter, go from negative 20, which is a big number, down (a) negative 16. And we've said that we want to continue, as we take costs out of the business, to put more units back in. So some of that decline in units is offsetting the levers that we have that we just talked about there.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. One quickie. And then I want to talk about 3D printing and move to PC. So just on the quickie, we estimate that remanufacturing -- remanufactured supplies might be 35% to 40% of your laser aftermarket. And about 15% or 20% of your inkjet aftermarket. And those are both up slightly over the last five years or so. Are those directionally correct, with laser obviously being much more significant and sort of rough order of magnitude? Am I misleading investors if I put that in my notes?

### A - Dion Weisler   {BIO 16725406 <GO>}

I think that's relatively fair directional assumptions. Of course, ink is better for us than toner. But I believe with Jet Intelligence, or some of the future technologies that we're working on, we'll see toner come closer to ink. Not all of that is making its way yet into the four-box model. But as we continue to evolve technology in the future, we would like to get toner to the same kind of levels as ink.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. And that just reminded me of one other clarification. The question I get all the time, I'm sure you do, is can HP ever do its own laser thing and get rid of Canon? And my response is they're mutually dependent. If you bought a laser (engine) company, or developed your own laser (tomorrow), Canon would say we're not giving you supplies for your aftermarket. And you'd lose that business. And accordingly, you are effectively locked at the hip. Is that an unfair characterization?

### A - Dion Weisler   {BIO 16725406 <GO>}

Listen, we have been -- this is a really interesting relationship. We've been together with Canon now for 31 years. I think it's the longest strategic partnership between an American company and a Japanese company in history. And it's a very deep relationship from the top all the way through to the engineering levels. It's just tentacles everywhere.

And on the one hand, we're fierce competitors in ink. And we're the closest of partners in the laser business. And it takes a lot of work. There is a little bit of mutually assured fingers on the buttons here. But we're all business people. And I don't think we're going to do

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

anything reckless. And I'm pretty sure Canon's not going to do anything reckless. It's survived three decades here. And we're always evaluating technologies. They're always evaluating technologies. And that hasn't changed over the course of 30 years.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

Okay. Just on 3D printing, is the financial model going to resemble your traditional printing model, where there's little or negative money made on the hardware. And you make money exclusively on the supplies (and the) material? And will you be the exclusive supplier of materials for 3D printing for your 3D printers?

### A - Dion Weisler  {BIO 16725406 <GO>}

So it depends which printing model of ours you're talking about. If you're talking about our ink and laser, no, it will not resemble that. It will resemble more like our graphics business today. That's a business we don't talk about as often as I think we should. It's a really cool business. And I'm off to Drupa right after this, which is the Olympics of graphics.

But in our graphics business, we make money on our hardware. We make money on our supplies. We make money on the consumables of hardware. So new print heads that we're always placing into units. And we make money on services and support. So every dimension of our graphics business makes money.

The same will be true for our 3D printing. We'll make money on our hardware. We'll make money on agents. We'll make money on materials. We'll make money on consumables, heat lamps, print heads. And we'll make money on services.

So the other major difference with our 3D printing model is we've created an open platform. And we did that very intentionally. We did not get into the 3D printing business to be part of a $5 billion market. We got into it because we want to displace a $12 trillion manufacturing industry. And we know that we'll create amazing agents. And we'll create amazing materials. But we won't be able to cover all of the applications that are out in the market.

So in our announcement last week, we had some strategic announcements with partners like BMW and Nike and Johnson & Johnson. Let me give you an example. Take a Johnson & Johnson. They're experts obviously in the medical field. They understand how that industry works. They've got a lot of R&D. So they're going to make agents and materials for those applications. We'll certify them in, like, an app store that we'll have. It'll be like a material store.

And we'll certify them for use on our platform. And once they're certified, then they can be picked up from the general industry. And we'll do that across multiple industries. And we believe then that we will amplify our efforts and accelerate the transition from traditional manufacturing to digital manufacturing.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

Dion, other than the word "printing," why are you sort of the natural owner of 3D printing? I mean, arguably, the distribution channels are very different. Arguably, it doesn't leverage much of your existing technology. So other than the word, what makes you a natural owner?

### A - Dion Weisler  {BIO 16725406 <GO>}

So I'll disagree with you on the second statement you made there, on the technology. We are--.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

--On the technology. Okay. Well I was trying to be provocative.

### A - Dion Weisler  {BIO 16725406 <GO>}

We are highly leveraging 30 years of intellectual property. In fact, we're taking more than 5,000 patents from our core. And then adding to those as we generate our Multi-Jet Fusion 3D printing product. Think of 3D printing for us as 2D printing on repeat. We kind of print, we fuse, we lay down another layer, then we print, we fuse, we lay down another layer. So we're just building up an object based on printing over and over again and fusing.

And that's very different to how everybody else does it in the industry that either uses laser sintering or a toothpaste tube on an XY axes. And what that allows us to do is have breakthrough in the economics. We can print 10 times faster than the competition. We can do it at amazing quality and tensile strength. And we can do it at half of the cost. And that makes a real difference to the economics of a part.

And the best example I can give you is the 3D printers that we just released last week. 50% of the components inside the printer are printed by the printer. So the printer's printing itself. I've told the guys just to kind of slow down their innovation, because it's going to disrupt the business model. Or if they can put in 100% (of themselves), then we'll only ever sell one. And they'll start replicating.

But we're not doing that to be cute. We're doing that because we did a deep analysis on the procurement of those parts inside the printer. And it makes more sense for us to digitally print them than it does to use traditional injection molding. And so, we can bring down the overall bill of materials cost. And obviously make more money and offer more value. So there's some big differences there.

Now, in terms of channels, I would argue that, again, the channels today are important. But they're all early adopter channels. (There's) only a $5 billion industry. The channels are yet to be created. The chasm is yet to be pulled through. And that's what we want to do with this breakthrough technology. We're talking to all those channel partners. They understand our technical differentiation and the ability to do short-run production. And so, I'm sure we'll secure those channels. But it's going to be about working with

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

Accenture, with Deloitte, with these new channels that are building 3D practices based on our technology that's really going to open this up.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. Why don't we switch gears and talk a little bit about PCs? I mean, analogous to printing, a market that's challenged for growth. So if you look out over the next three to five years, what do you think market unit growth per PC is likely to be?

### A - Dion Weisler   {BIO 16725406 <GO>}

The difficult part of this question is the definition of PCs and the PC market. And I kind of think about -- I stopped characterizing our business as PCs a couple years ago. And I think about it now as personal systems. And that's everything from a SmartPhone all the way to a workstation. And I think that (axes) is I characterize it as the complexity of the task, that you'll do low-complex tasks on a SmartPhone. You'll do very high complex tasks on a workstation. And you've got devices that live along that spectrum.

And so, if you accept that we've got SmartPhones over here. And then a seven-inch tablet and a 10-inch tablet. And then you've got a PC and a desktop over here. And this area in the middle is 2-in-1s, convertibles, detachables, if you think about that whole market in total, it's still growing. We participate today in everything all the way except really in the SmartPhones. But we believe that, as the technology improves, the axes begins to compress in on itself. And that we can take and create new categories.

And we've done this with a product that we call X3 that begins to start to fuse between the different categories that exist. So it's not a SmartPhone. It's not a desktop. It's not a laptop. It's all three. And so, you're now starting to participate in a broader market.

But again, just like printing, the devil's in the detail. There's parts of the market that are growing. There's parts of the market that are contracting. Desktop's contracting. 2-in-1s, convertibles, detatchables, are all growing.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Right. But I guess if you were to take the -- if you were to exclude SmartPhones. And you were to exclude workstations. And you were to look at tablets, detatchables, notebooks. And desktops, do you believe that market is bigger five years from now than it is today?

### A - Dion Weisler   {BIO 16725406 <GO>}

I'd say it's -- I don't (broadly) disagree with IDC. And that's anybody's guess. I would say it's largely flattish to perhaps slightly negative. I think there is growth for us in segmenting the market, segmenting it again. I think there's also growth through further consolidation that I think we've started to see in the laser business that we've been seeing over the last couple of years in the print business. I think that continues, as well.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

So on the consolidation point, are you more likely to be a consolidator or to be consolidated?

### A - Dion Weisler  {BIO 16725406 <GO>}

I think when you look at the markets today, the top four players now represent almost two-thirds of the total available market. And every quarter that percentage grows. So if you are one of the Taiwanese players today, if you're one of the Japanese players today, I think it's becoming increasingly difficult to operate in a more complex world, not a less complex world. And one of those four is a completely different ecosystem. That would be Apple. So it's really down to three. So I think we're consolidating at the moment all of those other players.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

But do you think there'll actually be sort of M&A consolidation, or will it just be attrition? And do you think that -- I would say it's five if you include Asus, Acer, Dell, HP. And Apple. So of those five, you might be looking at close to 70% of the unit share. And then it's a pretty steep falloff thereafter. So do you actually think there's going to just be attrition, or do you think there's going to be M&A?

### A - Dion Weisler  {BIO 16725406 <GO>}

Look, I think there'll be more attrition than M&A. M&A's difficult to do. There's antitrust considerations. There's CFIUS considerations. And I'm not sure it's completely easy for anyone to acquire. I think Lenovo, Dell. And Acer have been chipping away at the Taiwanese folks and the Japanese folks. And so I think that kind of continues.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

Now, in an industry that's consolidating, we've actually seen profitability go down. So I was looking back between I think 2007 and 2012. PSG at HP had 5% to 6% operating margins. In the last three years, the operating margins have been 3% to 4%. So usually you'd think of an industry that's consolidating as one where profitability actually improves. And that's--.

### A - Dion Weisler  {BIO 16725406 <GO>}

--I think that's once it's consolidated.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

So does that mean the profits continue to go down until the top five have 90%?

### A - Dion Weisler  {BIO 16725406 <GO>}

I think it's been relatively stable for us over several quarters now in that 3% to 4% range. And I think that's about where it will be until it's more consolidated.

### Q - Toni Sacconaghi  {BIO 3056875 <GO>}

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

And I guess the question is why couldn't it go lower. I mean, capital intensity in this business is pretty low. So even at arguably lower margins, which Lenovo appears comfortable running at, why couldn't industry margins actually get lower before they get better?

### A - Dion Weisler   {BIO 16725406 <GO>}

Well I guess everything is possible. And we need to ensure that we're always taking costs out of the system. We're always -- and I think we've been pretty successful at doing that. And it's a job never done. I think you have to continue to segment the market, figure out as much -- strategy's as much about what not to do as what to do, figure out which parts of the market you don't want to participate in.

We talked away from the race to the bottom of an $80 tablet. That could have certainly brought our operating margins down. But we said no strategic value for us, no value really for our customer that we could offer. So we chose not to play there.

So I think we take a really disciplined approach to it. Margins have therefore enabled us to stay within that three to four-point range. We took gross margins up one point last quarter. We'll be introducing the entire line of premium products. We introduced last week some gaming products. These are all profitable parts of the market. So again, mixed management market segmentation's important here.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

And as you look forward, are you maximizing operating profit dollars? And to do so, what's the right top line growth? So I mean, as you said, you could blow your brains out chasing $80 tablets to get revenue growth. But that's not going to probably help your operating profit dollars. So what's your key financial metric for this business? And if it is operating profit dollars or margin, realistically can you grow faster than the market while maintaining that?

### A - Dion Weisler   {BIO 16725406 <GO>}

Well we have been growing faster than the market. And we've certainly been growing faster than the market in the important parts of the market. And for us, that's commercial. Commercial's a more profitable business than consumer. We like consumer. It's important for scale. And it's important increasingly because the designs are beginning to meld. I think in a few years' time, I won't have the commercial division and the consumer division. I'll have one division.

We certainly are focused on dollars and not rate. And we're focused on the heat in the market that makes the most sense for our shareholders.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. About 10 minutes left. I wanted to ask you just some questions more broadly about the Company and financial. So first, you had an extraordinary quarter from a working capital management perspective. I think at your Analyst Day over the summer, you said

FINAL

Bloomberg Transcript

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

you hoped your cash conversion cycle would be minus 15 days. You're at minus 24. Is that a fluke? And what is your cash conversion cycle, going forward, given that I think your last official guidance was minus 15 days?

### A - Dion Weisler    {BIO 16725406 <GO>}

Yes. So we always said that we'd like to end this year a couple of days better than we did in FY15. And we kind of maintain that position.

In quarter two, after a fairly tough quarter one, we hunkered down, just as I think we do extremely well. And focused the entire organization on cash flow management. We recognize that many of our investors are in our stock for the cash that we generate. And that in order to enable our full-year guidance of $2.3 billion to $2.6 billion, we needed a strong Q2.

And so, we focused the entire organization on the three metrics of the cash conversion cycle. We made solid progress on reducing (aged) AR. We had every salesperson going out, talking to customers, solving any issues that were holding up payments. In those same conversations we're getting much better line of sight to forecast, which enabled us to drive a much stronger forecasting cycle, which obviously affects inventory levels. Then, we were very disciplined in working the Pareto of accounts payable and ensuring we optimize that.

And as a result of that, we saw a nine-day improvement. We've institutionalized many of those practices that we implemented in quarter two. So as we do my weekly reviews with the team as a business management system, we're looking at all of those working levers. And we think that's important for managing a business of this scale. And one of the benefits of separation is you can go deep like that.

### Q - Toni Sacconaghi    {BIO 3056875 <GO>}

So Dion, you mentioned that you'd hoped to finish a couple days better than last year. I think at the end of last year you were, like, minus 18 or minus 19 days. So if you're a couple days better. And that's your target, it's minus 21, you're up (multiple speakers)--.

### A - Dion Weisler    {BIO 16725406 <GO>}

--Couple of days better than last year--.

### Q - Toni Sacconaghi    {BIO 3056875 <GO>}

--24, does that mean you actually will -- it'll get worse between now and the end of the year?

### A - Dion Weisler    {BIO 16725406 <GO>}

In any given quarter, there's sort of timing cycles. And we explained that on the end of our Q1 call. And we said that it would come back in quarter two. And indeed it did. We

FINAL

Bloomberg Transcript

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

delivered $1.5 billion in free cash flow. I expect that Q3, there'll be more pressure in Q3. And we generally typically seasonally have a stronger Q4.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Right. When I think about free cash flow on a sustained basis, going forward, is it below, equal to, or greater than net income, just conceptually. And why?

### A - Dion Weisler   {BIO 16725406 <GO>}

Look, I think a lot of it really depends on what happens with the PC business, the revenue line on the PC business. The cash conversion cycles for the PC business are very negative. And so, as a result of that, if you have any kind of growth in PCs from a top line, you get an amazing tailwind on your cash.

The flip side of that is, if PCs are under more pressure, then you have a real headwind on cash. And so a lot is linked to the performance of the PC business. And that's why it's over the years been very strategically important. You look at our two businesses, one generates 17 points of operating profit, one generates mid-three. So you go, well, why would you do that? The negative cash conversion cycle's really interesting if you can reduce the declines.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Yes. And aside from the cash conversion element of free cash flow, if we think about other key ingredients of the cash flow statement. So CapEx versus depreciation, or ongoing restructuring charges, how do you think of each of those impacting cash flow?

### A - Dion Weisler   {BIO 16725406 <GO>}

Well what we said is that, when we went out at the security analyst meeting in terms of restructuring, we said that we would have a restructuring program over the course of three years. And at the end of the Q4 earnings call, I said we need to accelerate this, (and we're) going to accept that we're in this tough macroeconomic environment where revenues decline because the market's declining the way it is. We need to get our costs under control. And so, we brought forward all of our restructuring costs that we're anticipating over the next three years into this one-year period. And so that obviously has an impact that can't be articulated on the (call).

In terms of CapEx, our CapEx requirements are relatively stable. They're mainly centered around lines that we operate to produce printing products and supplies. There's some incremental costs as we get into the 3D printing space. But again, it's highly leveraged. And we take many components from our traditional lines. The Multi Jet Fusion heads are done in Corvallis, where we do our PageWide heads. So that's highly leveraged. That's how I think you should think about it.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. So on the cost savings program, you talked about 3,300 people coming up by the end of the year. I think 1,200 have come out so far. What does that yield you in terms of

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

savings this year and next year? And how much of that do you really capture versus reinvest?

### A - Dion Weisler   {BIO 16725406 <GO>}

We haven't really characterized the total amount, needless to say. At last year's security analyst meeting, we talked about $1 billion of productivity improvements. We're on track for that. I also said on the Q4 earnings call that that wasn't going to be enough, which is why we needed to accelerate not only our restructuring programs. But find additional cost savings in addition to the $1 billion. And we are on track to those cost savings, as well.

That enables us to be more competitive in the market. The single biggest investment we make is placing a print unit. And we're able to take some of those marginal MPV units and place them into the market at better MPV results. We saw some of that in Q2, from the negative 20 down to the negative 16. You should expect us to continue doing that. As those costs come out, expect us to reinvest that back into the business, because it fuels obviously supplies for years to come.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

So should we not be thinking of the productivity savings or the people coming out this year as something that can improve margins? We should just view it as something that ultimately you'll--.

### A - Dion Weisler   {BIO 16725406 <GO>}

(--Inaudible--.)

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

--you'll reinvest?

### A - Dion Weisler   {BIO 16725406 <GO>}

Invest in the area under the curve that we talked about at the security analyst meeting.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Right. So we shouldn't -- so, for 2017 fiscal year, we shouldn't expect any -- because obviously if you're taking out the people all through this year, the annualized savings will be higher next year than this year. We shouldn't expect that to be an earnings driver.

### A - Dion Weisler   {BIO 16725406 <GO>}

So we haven't yet guided for 2017. We'll do that coming up--.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

--Right. Well just conceptually--.

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

### A - Dion Weisler   {BIO 16725406 <GO>}

-- at (SAM). We already introduced the concept at the last security analyst meeting of investing under the area of the curve. We think that's important for the business. And we'll talk about the 2017 guide at the security analyst meeting in October.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. Finally, on capital return. So I've sort of wondered that you're a low to perhaps negative growth company, going forward, or your end markets are, as we've discussed, why you're actually not returning even more cash to shareholders. You said your target was 50% to 75%. And now you're going to do at least 75% this year. But why is your investor value proposition not more cash generation company, we're going to give it all back to you?

And why aren't you paying more as a dividend? I think your dividend this year, while it's rich at 4%, it's only about 40% of your free cash flow. So if you're confident in your free cash flow, going forward, why wouldn't your dividend be a lot higher?

### A - Dion Weisler   {BIO 16725406 <GO>}

So let me -- there's a couple of questions in there. Let me tackle them I guess in the order that you gave them. 50% to 75%, why do we think that's the right range? First of all, we did say it would be 50% to 75%. We said that we would deliver this year at the higher end of the range. And on the last call we said it'll be at least 75% this year.

We want to maintain the flexibility to enable the strategy that we articulated at the security analyst meeting. We have core businesses, over $400 billion market in both printing and in personal systems. We have to be excellent there. We have to be cost-optimized. We have to have sprinkles of magic in our product. We have to be able to continue to differentiate against the competition and outpace the market in the areas that we think are important to us.

In addition to that, we have a growth pillar. And this is sort of on a time dimension of one to three years. So over the next one to three years, we want to ensure that we can grow in the three areas that we said we would grow; our A3 opportunity, commercial mobility. And our graphics business. And the third area is all about the future. And that's about 3D printing and immersive computing.

And so, M&A will be focused in somewhere on that map of our strategy. Don't expect to be surprised by anything that doesn't currently live on that page. But if we see opportunities in the market that can help accelerate that strategy, we want to have the ability to do so so that we can maintain the leadership that we've had for so many years.

The second part of the question is sort of about dividends. And this is really a matter for the Board. We obviously have a new Board. We're six months into this journey. The Board will make a decision on dividends. And we will obviously communicate that at the security analyst meeting.

FINAL

Bloomberg Transcript

Company Name: HP Inc
Company Ticker: HPQ US Equity
Date: 2016-06-01

FINAL

Bloomberg Transcript

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

On the M&A front, what is the largest deal you would consider doing?

### A - Dion Weisler   {BIO 16725406 <GO>}

We always said that our deals will be modest. Now, if the question is what's your definition of modest, I would argue that previous large-scale acquisitions that HP Co may have made in my mind are not modest. So don't expect them to be--.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

--Is Aruba modest? Was Aruba modest?

### A - Dion Weisler   {BIO 16725406 <GO>}

I think Aruba is at the high end of modest.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

$2.5 billion, just for people -- okay. Then, just on the dividend, I appreciate that it's a Board discussion. You've met with a lot of investors. What's your recommendation for the dividend?

### A - Dion Weisler   {BIO 16725406 <GO>}

I would say our investors are very mixed. Some would like a larger dividend. Some would like more share repurchases. It's a very mixed community out there. I'm not uncomfortable with where the dividend is at the moment. We'll obviously have a robust discussion about that amongst the other Directors of the Company. And we'll make a decision.

### Q - Toni Sacconaghi   {BIO 3056875 <GO>}

Okay. Okay, I think we've run out of time. Thank you very much, Dion, for your participation. Thank you, all for joining. Thanks.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2020, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*