UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND,<br><br>        Plaintiff,<br><br>    v.<br><br>HP INC., et al.,<br><br>        Defendants. | Case No. 20-cv-07835-JSW<br><br>**ORDER REQUIRING ADDITIONAL BRIEFING RE *HABELT V. IRHYTHM TECHNOLOGIES, INC.*, 83 F.4TH 1162 (9TH CIR. 2023)**<br><br>Re: Dkt. No. 76 |

        Defendants HP, Inc., Dion Weisler, Catherine Lesjak, Enrique Lores, and Richard Bailey filed a renewed motion to dismiss the Complaint in this action, which remains pending before the Court.  On October 12, 2023, Defendants filed a Statement of Recent Decision alerting the Court to the Ninth Circuit's ruling in *Habelt v. iRhythm Technologies, Inc.*, 83 F.4th 1162 (2023), decided after briefing on the renewed motion was completed.  Lead Plaintiff Maryland Electrical Industry Pension Fund has not had an opportunity to respond.

        In *Habelt*, the Ninth Circuit appears to announce a new rule that a plaintiff who files the initial complaint in a securities putative class action is extinguished as a party if, after a different plaintiff is selected as lead under the PSLRA, the plaintiff's particular claims are not referenced in the operative complaint.  83 F.4th at 1166; *see id.* at 1169 ("[T]he majority appears to create a new rule that a litigant's name must be specifically listed in the body of the operative complaint to be considered a party, regardless of the history of the litigation.") (Bennett, J., dissenting).

        Here, one of the issues raised by Defendants' motion is whether York County, the initial plaintiff, remains a party to the action.  Accordingly, the Court ORDERS supplemental briefing from the parties regarding the application of *Habelt* to York County's status in this proceeding.

The parties should address whether the Court's interpretation of *Habelt* set forth above is correct and whether *Habelt* mandates a finding that York County's party status has been extinguished.

The parties shall submit their briefs, no more than seven (7) pages each, by 5:00 p.m. on Friday, March 8, 2024. Unless the Court determines further briefing is necessary, opposition or reply briefs will not be permitted.

**IT IS SO ORDERED.**

Dated: February 27, 2024

_____
JEFFREY S. WHITE
United States District Judge