UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARYLAND ELECTRICAL INDUSTRY PENSION FUND, <br><br> Plaintiff - Respondent, <br><br> v. <br><br> HP INC.; et al., <br><br> Defendants - Petitioners. | No. 24-3710 <br><br> D.C. No. 4:20-cv-07835-JSW <br> Northern District of California, Oakland <br><br> ORDER |

Before: BYBEE and BUMATAY, Circuit Judges, and BENNETT,[*] District Judge.

The petition for permission to appeal is granted.  *See* 28 U.S.C. § 1292(b).

Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).

---

[*] The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.