**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
MICHAEL J. KAHN, SBN 303289
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
BLutz@gibsondunn.com
MJKahn@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1700 M St., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

*Counsel for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, and Richard Bailey*

*Additional counsel on signature page*

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., et al.,<br><br>Defendants. | Case No. 4:20-cv-07835-JSW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's June 3, 2024 Order Granting Motion to Certify Order for Interlocutory Appeal and Staying Action, Dkt. No. 94, the parties hereby jointly submit this status report to inform the Court of the status of Defendants' appeal before the Ninth Circuit, *Maryland Electrical Industry Pension Fund v. HP Inc., et al.*, Case No. 24-4963 (9th Cir. 2024). On October 28, 2024, Appellants filed their Opening Brief. On December 27, 2024, Appellee filed its Answering Brief. On February 18, 2025, Appellants filed their Reply Brief. Oral argument has not yet been scheduled.

Dated: May 29, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Brian M. Lutz*
BRIAN M. LUTZ SBN 255976
MICHAEL J. KAHN, SBN 303289
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
BLutz@gibsondunn.com
MJKahn@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1700 M St., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

*Counsel for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, and Richard Bailey*

**WILSON SONSINI GOODRICH & ROSATI**
*/s/ Katherine Henderson*
KATHERINE HENDERSON, SBN 242676
One Market Plaza

| | |
|---|---|
| | Spear Tower, Suite 3300 |
| | San Francisco, CA 94105-1101 |
| | Telephone: 415.947.2065 |
| | khenderson@wsgr.com |
| | |
| | *Counsel for Defendant Catherine A. Lesjak* |

Dated: May 29, 2025

**ROBBINS GELLER RUDMAN & DOWD LLP**
/s/ *Darren J. Robbins*
DARREN J. ROBBINS, SBN 168593
DARRYL J. ALVARADO, SBN 253213
RACHEL A. COCALIS, SBN 312376
T. ALEX B. FOLKERTH, SBN 338140
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
darrenr@rgrdlaw.com
dalvarado@rgrdlaw.com
rcocalis@rgrdlaw.com
afolkerth@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: May 29, 2025

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Brian M. Lutz*
BRIAN M. LUTZ