**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
MICHAEL J. KAHN, SBN 303289
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
BLutz@gibsondunn.com
MJKahn@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.887.3770
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

*Counsel for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, and Richard Bailey*

**WILSON SONSINI GOODRICH & ROSATI**
KATHERINE HENDERSON, SBN 242676
One Market Plaza,
Spear Tower, Suite 3300
San Francisco, CA  94105-1126
Telephone: 415.947.2065
khenderson@wsgr.com

*Counsel for Defendant Catherine A. Lesjak*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., et al.,<br><br>Defendants. | Case No. 4:20-cv-07835-JSW<br><br>**DECLARATION OF LISSA M. PERCOPO REGARDING DEFENDANTS' CAFA MAILING** |

I, Lissa M. Percopo, declare and state as follows:

1.      I am a partner with the law firm of Gibson, Dunn & Crutcher LLP.  I represent Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Enrique Lores, and Richard Bailey (collectively, "Defendants") in this matter.

2.      I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq*. ("CAFA").

3.      On August 28, 2025, Defendants caused the letter attached hereto as **Exhibit A** ("CAFA Notice") to be sent to the Attorney General of the United States via certified mail, return receipt requested, providing notice of the proposed settlement in this action in accordance with 28 U.S.C.§ 1715.  The same CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives (modifying only the addressee information).  At the Court's request, a copy of each individual CAFA Notice that was sent can be provided.

4.      Attached hereto as **Exhibit B** is a list of the recipients to whom the CAFA Notices were sent.

5.      Pursuant to 28 U.S.C. § 1715(b), the CAFA Notices enclosed copies of: the complaints filed in this action (Dkt. Nos. 1, 37, 37-1); Lead Plaintiff's unopposed motion for preliminary approval of the settlement (Dkt. No. 103); and documents filed in conjunction with the motion for preliminary approval of the settlement, including the Stipulation and Agreement of Settlement (Dkt. No. 103-2), the proposed order preliminarily approving the settlement (Dkt. Nos. 103-2, Exhibit A; 103-5), the proposed notices for the proposed settlement (Dkt. No. 103-2, Exhibits A-1 and A-3), the proposed proof of claim and release form (Dkt. No. 103-2, Exhibit A-2), and the proposed judgment approving the settlement (Dkt. No. 103-2, Exhibit B).  The CAFA Notices also provided notice that at this time a complete list of putative class members does not exist, and that Defendants do not at present have information to estimate the number of putative class members residing in each state.

6.      To the best of my knowledge, Defendants have fully complied with CAFA and have satisfied all of their obligations thereunder.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of September, 2025 in the District of Columbia.

By: */s/ Lissa M. Percopo*
Lissa M. Percopo

DECLARATION OF LISSA M. PERCOPO
Case No. 4:20-cv-07835-JSW