# EXHIBIT A

# GIBSON DUNN

Lissa M. Percopo
Partner
T: +1 202.955.8500
LPercopo@gibsondunn.com

August 28, 2025

VIA USPS CERTIFIED MAIL, RETURN RECEIPT REQUESTED

U.S. Attorney General Pamela Jo Bondi
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re: Notice of Proposed Settlement in *York Cnty. ex rel. Cnty. of York Ret. Fund v. HP Inc.,* Case No. 4:20-cv-07835-JSW (N.D. Cal.), *appeal pending, Md. Elec. Indus. Pension Fund v. HP Inc.,* Case No. 24-4963 (9th Cir.).

Dear Attorney General Bondi:

Pursuant to 28 U.S.C. § 1715, enacted as part of the Class Action Fairness Act of 2005, Defendants HP Inc. ("HP"); Dion J. Weisler; Catherine A. Lesjak; Richard Bailey and Enrique Lores (collectively, "Defendants") hereby provide your office with notice of a proposed settlement in the above-referenced matter (the "Litigation") pending in the United States District Court for the Northern District of California (the "Court"). The Litigation asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. The case does not involve any state law claims.

The proposed Settlement Class (the "Class") consists of all Persons who purchased or otherwise acquired HP common stock between November 5, 2015, and June 21, 2016, inclusive, and were allegedly damaged thereby. Excluded from the Class are: Defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded from the Class is any Person who properly excludes himself, herself, itself, or themselves from the Class by submitting a valid and timely request for exclusion.[1]

In conjunction with this notice, please find copies of the following documents on the enclosed CD:

1.    Complaint for Violations of the Federal Securities Laws (November 5, 2020) (Dkt. No. 1)[2] (**Attachment A**)

---

[1] Unless otherwise defined herein, capitalized terms have the same meaning as they have in the Stipulation of Settlement.

[2] All references to "Dkt. No(s). __" refer to the docket numbers in *York Cnty. ex rel. Cnty. of York Ret. Fund v. HP Inc.,* Case No. 4:20-cv-07835-JSW (N.D. Cal.).

**GIBSON DUNN**

2.   Consolidated Complaint for Violation of the Federal Securities Laws and Exhibit A (April 21, 2021) (Dkt. Nos. 37 and 37-1) (**Attachment B**)

3.   Lead Plaintiffs' Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Proposed Settlement and Memorandum of Points and Authorities in Support Thereof (August 19, 2025) (Dkt. No. 103) (**Attachment C**), and concurrently filed documents which include the below:

   a.   Stipulation and Agreement of Settlement (August 18, 2025) (Dkt. No. 103-2) (**Attachment D**) ("Stipulation");

   b.   Stipulation Ex. A (Proposed Order Preliminarily Approving Settlement and Providing for Notice) (also filed as Dkt. No. 103-5 and included as **Attachment E**);

   c.   Stipulation Ex. A-1 (Proposed Notice of Pendency and Proposed Settlement of Class Action);

   d.   Stipulation Ex. A-2 (Proposed Proof of Claim and Release Form);

   e.   Stipulation Ex. A-3 (Proposed Summary Notice); and

   f.   Stipulation Ex. B (Proposed Judgment).

As reflected in Paragraphs 7.3 and 7.4 of the Stipulation, the parties entered into a confidential Supplemental Agreement that permits HP to terminate the proposed Settlement in the event that persons who would otherwise be members of the Settlement Class who purchased or otherwise acquired equal to or more than a certain number of shares of HP common stock subject to this Settlement exclude themselves from the Class. The Supplemental Agreement may be filed under seal and/or any of its terms may be disclosed in camera to the Court if the Court so orders.

Defendants do not currently have access to information sufficient to identify and provide the names of putative Settlement Class Members who reside in each state, or to estimate the number of putative Settlement Class Members residing in each state.  The Claims Administrator will notify potential Settlement Class Members by Summary Notice by First-Class Mail or email, by posting copies of the Notice and Claim form to the website to be developed for the Settlement (www.HPQSecuritiesSettlement.com), by publishing notice of the Settlement once in *The Wall Street Journal* and once over a national newswire service, and by disseminating notice of the Settlement to brokers and other nominees contained in the Claims Administrator's database. Accordingly, it is not possible at this time to provide a reasonable estimate of the number of Settlement Class Members residing in each state or the proportionate share of the claims of such Settlement Class Members to the entire Settlement.

Lead Counsel filed the parties' proposed Stipulation and Agreement of Settlement and associated documents with the Court on August 19, 2025.  At this time, there are no written judicial opinions relating to the proposed Settlement notice to the Class, the preliminary or final approval of the Settlement, or other matters discussed in 28 U.S.C. § 1715(b)(3)–(6) other than as provided above.  A Motion Hearing currently is set for September 26, 2025 at 9:00 AM PST before Judge

**GIBSON DUNN**

Jeffrey S. White.  The hearing will be held remotely via Zoom.  Notice of further scheduled hearings or relevant judicial opinions may be found by visiting the "PACER" online docket for the above-captioned matter at: https://ecf.cand.uscourts.gov/cgi-bin/ShowIndex.pl.

Should you have any questions regarding this matter, please do not hesitate to contact me directly.

 /s/ Lissa M. Percopo
Lissa M. Percopo
GIBSON, DUNN & CRUTCHER LLP
1700 M. Street, N.W.
Washington, DC  20036-4504
Tel.: (202) 887-3770
lpercopo@gibsondunn.com

*Counsel for Defendants HP Inc.; Dion J. Weisler; Catherine A. Lesjak; Richard Bailey; and Enrique Lores*

 /s/ Katherine Henderson
Katherine Henderson
WILSON, SONSINI, GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1101
Tel.: (415) 947-2065
khenderson@wsgr.com

*Counsel for Defendant Catherine A. Lesjak*

Enclosure with attachments