# EXHIBIT B

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 1. | United States | U.S. Attorney General<br>Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| 2. | Alabama | Alabama Attorney General<br>Steve Marshall, Attorney General<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36104 |
| 3. | Alaska | Alaska Attorney General<br>Treg Taylor, Attorney General<br>Office of the Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| 4. | American Samoa | American Samoa Attorney General<br>Gwen Tauiliili-Langkilde<br>Department of Legal Affairs<br>American Samoa Government<br>P.O. Box 7<br>Utulei, AS 96799 |
| 5. | Arizona | Arizona Attorney General<br>Kris Mayes, Attorney General<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| 6. | Arkansas | Arkansas Attorney General<br>Tim Griffin, Attorney General<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| 7. | California | California Attorney General<br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 8. | Colorado | Colorado Attorney General<br>Phil Weiser, Attorney General<br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 9. | Connecticut | Connecticut Attorney General<br>William Tong, Attorney General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>AG.CAFA@CT.GOV |
| 10. | Delaware | Delaware Attorney General<br>Kathy Jennings, Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 North French Street<br>Wilmington, DE 19801 |
| 11. | District of Columbia | District of Columbia Attorney General<br>Attorney General Brian Schwalb<br>400 6th Street, NW<br>Washington, DC 20001 |
| 12. | Florida | Florida Attorney General<br>James Uthmeier, Attorney General<br>Office of the Attorney General State of Florida<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050 |
| 13. | Georgia | Georgia Attorney General<br>Chris Carr, Attorney General<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| 14. | Guam | Guam Attorney General<br>Doug Moylan<br>Office of the Attorney General Guam<br>590 S. Marine Corps Drive, Suite 902<br>Tamuning, Guam 96913 |

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 15. | Hawaii | Hawaii Attorney General<br>Anne E. Lopez, Attorney General<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| 16. | Idaho | Idaho Attorney General<br>Raúl R. Labrador, Attorney General<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| 17. | Illinois | Illinois Attorney General<br>Kwame Raoul, Attorney General<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701 |
| 18. | Indiana | Indiana Attorney General<br>Todd Rokita, Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| 19. | Iowa | Iowa Attorney General<br>Brenna Bird, Attorney General<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 East Walnut Street<br>Des Moines, IA 50319 |
| 20. | Kansas | Kansas Attorney General<br>Kris W. Kobach, Attorney General<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 |
| 21. | Kentucky | Kentucky Attorney General<br>Russell Coleman, Attorney General<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 |

| No. | Jurisdiction | Recipient Name and Address |
|-----|--------------|----------------------------|
| 22. | Louisiana | Louisiana Attorney General<br>Liz Murrill, Attorney General<br><br>Office of the Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 |
| 23. | Maine | Maine Attorney General<br>Aaron Frey, Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| 24. | Maryland | Maryland Attorney General<br>Anthony G. Brown, Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| 25. | Massachusetts | Massachusetts Attorney General<br>Office of Massachusetts Attorney General Andrea Joy Campbell<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108 |
| 26. | Michigan | Michigan Attorney General<br>Dana Nessel, Attorney General<br>Department of Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 |
| 27. | Minnesota | Minnesota Attorney General<br>Keith Ellison, Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 600<br>St. Paul, MN 55101 |

4

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 28. | Mississippi | Mississippi Attorney General<br>Lynn Fitch, Attorney General<br>Office of the Attorney General<br>P.O. Box 220<br>Jackson, MS 39205 |
| 29. | Missouri | Missouri Attorney General<br>Andrew Bailey, Attorney General<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| 30. | Montana | Montana Attorney General<br>Austin Knudsen, Attorney General<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401 |
| 31. | Nebraska | Nebraska Attorney General<br>Mike Hilgers, Attorney General<br>Nebraska Attorney General's Office<br>1445 K Street, Room 2115<br>P.O. Box 98920<br>Lincoln, NE 68508 |
| 32. | Nevada | Nevada Attorney General<br>CAFA Coordinator,<br>Office of the Nevada Attorney General<br>Bureau of Consumer Protection<br>100 N. Carson Street<br>Carson City, NV 89701<br>NVAGCAFAnotices@ag.nv.gov |
| 33. | New Hampshire | New Hampshire Attorney General<br>John M. Formella, Attorney General<br>Office of the Attorney General<br>NH Department of Justice<br>1 Granite Place South<br>Concord, NH 03301 |

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 34. | New Jersey | New Jersey Attorney General<br>Matthew J. Platkin, Attorney General<br>Office of The Attorney General<br>Richard J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ 08625-0080 |
| 35. | New Mexico | New Mexico Attorney General<br>Raúl Torrez, Attorney General<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| 36. | New York | New York Attorney General<br>CAFA Coordinator<br>Office of the New York State Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 |
| 37. | North Carolina | North Carolina Attorney General<br>Jeff Jackson, Attorney General<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| 38. | North Dakota | North Dakota Attorney General<br>Drew H. Wrigley, Attorney General<br>Office of the Attorney General<br>600 East Boulevard Avenue, Department 125<br>Bismarck, ND 58505-0040 |
| 39. | Northern Mariana Islands | Northern Mariana Islands Attorney General<br>Edward E. Manibusan<br>Caller Box 10007<br>Saipan, MP 96950-8907 |
| 40. | Ohio | Ohio Attorney General<br>Dave Yost, Attorney General<br>Office of the Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 41. | Oklahoma | Oklahoma Attorney General<br>Gentner Drummond, Attorney General<br>Office of The Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| 42. | Oregon | Oregon Attorney General<br>Dan Rayfield, Attorney General<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
| 43. | Pennsylvania | Pennsylvania Attorney General<br>David W. Sunday, Jr., Attorney General<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| 44. | Puerto Rico | Puerto Rico Attorney General<br>Janet Parra Mercado, Secretary of Justice<br>Puerto Rico Department of Justice<br>PO Box 9020192<br>San Juan, PR, 00902-0192 |
| 45. | Rhode Island | Rhode Island Attorney General<br>Peter F. Neronha, Attorney General<br>RI Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| 46. | South Carolina | South Carolina Attorney General<br>Alan Wilson, Attorney General<br>The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| 47. | South Dakota | South Dakota Attorney General<br>Marty J. Jackley, Attorney General<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 |

| No. | Jurisdiction | Recipient Name and Address |
| --- | --- | --- |
| 48. | Tennessee | Tennessee Attorney General<br>Jonathan Skrmetti, Attorney General<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| 49. | Texas | Texas Attorney General<br>Ken Paxton, Attorney General<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| 50. | Utah | Utah Attorney General<br>Derek Brown, Attorney General<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 |
| 51. | Vermont | Vermont Attorney General<br>Charity R. Clark, Attorney General<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 |
| 52. | Virginia | Virginia Attorney General<br>Jason S. Miyares, Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 |
| 53. | U.S. Virgin Islands | Attorney General of the U.S. Virgin Islands<br>Gordon C. Rhea<br>34-38 Kronprinsdens Gade<br>GERS Bldg., 2nd fl.<br>St. Thomas, VI 00802 |
| 54. | Washington | Washington Attorney General<br>Nick Brown, Attorney General<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |

8

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 55. | West Virginia | West Virginia Attorney General<br>John B. McCuskey, Attorney General<br>Office of the West Virginia Attorney General<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305 |
| 56. | Wisconsin | Wisconsin Attorney General<br>Josh Kaul, Attorney General<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| 57. | Wyoming | Wyoming Attorney General<br>Ryan Schelhaas, Interim Attorney General<br>Office of the Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002 |