ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
ELLEN GUSIKOFF STEWART (144892)
DARRYL J. ALVARADO (253213)
RACHEL A. COCALIS (312376)
T. ALEX B. FOLKERTH (338140)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
dalvarado@rgrdlaw.com
rcocalis@rgrdlaw.com
afolkerth@rgrdlaw.com

Lead Counsel for Lead Plaintiff Maryland Electrical Industry Pension Fund and Named Plaintiff York County on behalf of the County of York Retirement Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HP INC., et al.,<br><br>Defendants. | Case No. 4:20-cv-07835-JSW (LJC)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMIT |

4916-8690-7260.v1

Lead Plaintiff Maryland Electrical Industry Pension Fund ("Lead Plaintiff") hereby respectfully moves the Court for leave permitting it to file a memorandum of points and authorities in support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation not to exceed 20 pages.

In support, Lead Plaintiff states as follows:

1. Certificate of Conferral: Lead Counsel conferred regarding this unopposed motion and Defendants do not oppose this request.

2. In order to provide the Court with all of the information necessary for it to conduct its analysis of whether to finally approve the proposed Settlement and Plan of Allocation, Lead Plaintiff requires more than the 15 pages allotted by this Court's standing order.

3. Lead Plaintiff does not seek this relief for any improper purpose, and has worked to minimize the number of excess pages required.

Wherefore, Lead Plaintiff respectfully moves the Court to permit it to file a memorandum of points and authorities in support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation not to exceed 20 pages.

DATED: November 26, 2025                Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART
DARRYL J. ALVARADO
RACHEL A. COCALIS
T. ALEX B. FOLKERTH


            s/ Ellen Gusikoff Stewart
           ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
dalvarado@rgrdlaw.com
rcocalis@rgrdlaw.com
afolkerth@rgrdlaw.com

1
2  Lead Counsel for Lead Plaintiff Maryland
   Electrical Industry Pension Fund and Named
3  Plaintiff York County on behalf of the County of
   York Retirement Fund
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28