UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>HP INC., et al.,<br><br>                     Defendants. | Case No. 4:20-cv-07835-JSW (LJC)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION |

1     This matter having come before the Court on Lead Plaintiff's motion for final approval of the Settlement and approval of the Plan of Allocation (ECF 113) in the above-captioned action; the Court having considered all papers filed and proceedings herein and otherwise being fully informed of the matters hereto;

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1.    For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated August 18, 2025. ECF 103-2.

    2.    Pursuant to Federal Rule of Civil Procedure 23, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to such Persons and entities who are Class Members to be heard with respect to the Plan of Allocation. There have been no objections to the Plan of Allocation.

    3.    The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants, which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") made available to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund provided by the Settlement among eligible Class Members, with due consideration having been given to administrative convenience and necessity.

    4.    The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: February 13, 2026

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
SENIOR UNITED STATES DISTRICT JUDGE