IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


YORK COUNTY ON BEHALF OF THE ) CV-20-7835-JSW
COUNTY OF YORK RETIREMENT FUND, )
                                ) SAN JOSE, CALIFORNIA
              PLAINTIFF,        )
                                ) FEBRUARY 13, 2026
         VS.                    )
                                ) PAGES 1-7
HP, INC., ET AL.                )
                                )
              DEFENDANTS.       )
                                )
_____

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFF:      ROBBINS GELLER RUDMAN & DOWD, LLP
                        655 W. BROADWAY, STE 1900
                        SAN DIEGO, CA 92101
                   BY:  **DARRYL JAMES ALVARADO**
                        **ELLEN GUSIKOFF-STEWART**

FOR THE DEFENDANT:      GIBSON, DUNN & CRUTCHER, LLP
                        1700 M STREET, N.W.
                        WASHINGTON, DC 20036
                   BY:  **LISSA MARIE PERCOPO**


APPEARANCES CONTINUED ON THE NEXT PAGE


OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                             CERTIFICATE NUMBER 13185


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)

FOR THE DEFENDANT:        GIBSON, DUNN & CRUTCHER, LLP
                         200 PARK AVENUE
                         NEW YORK, NY 10166
                    BY:  **RAENA FERRER CALUBAQUIB**


FOR THE DEFENDANT:        WILSON SONSINI GOODRICH & ROSATI
                         650 PAGE MILL ROAD
                         PALO ALTO, CA 94304
                    BY:  **KATHERINE LEIGH HENDERSON**

SAN JOSE, CALIFORNIA                    FEBRUARY 13, 2026

P R O C E E D I N G S

(COURT CONVENED AT 8:57 A.M.)

THE CLERK:  CALLING CIVIL CASE 20-CV-07835-JSW.  IN THE CASE YORK COUNTY ON BEHALF OF YORK COUNTY RETIREMENT FUND VERSUS HP, INC., ET AL.

COUNSEL, CAN YOU PLEASE STATE YOUR APPEARANCES BEGINNING WITH THE PLAINTIFF'S COUNSEL.

MR. ALVARADO:  GOOD MORNING, YOUR HONOR.

DARRYL ALVARADO ON BEHALF OF THE PLAINTIFFS.

THE COURT:  GOOD MORNING.

MS. GUSIKOFF-STEWART:  GOOD MORNING, YOUR HONOR.

ELLEN GUSIKOFF-STEWART ON BEHALF OF THE PLAINTIFFS.

THE COURT:  GOOD MORNING.

MS. PERCOPO:  GOOD MORNING, YOUR HONOR.

LISSA PERCOPO WITH GIBSON DUNN ON BEHALF OF DEFENDANTS.

THE COURT:  GOOD MORNING.

MS. FERRER CALUBAQUIB:  GOOD MORNING, YOUR HONOR.

RAENA FERRER CALUBAQUIB WITH GIBSON DUNN ON BEHALF OF DEFENDANTS.

THE COURT:  GOOD MORNING EVERYBODY.

MS. HENDERSON:  GOOD MORNING, YOUR HONOR.

KATHERINE HENDERSON, WILSON SONSINI GOODRICH & ROSATI FOR DEFENDANT CATHERINE LESJAK.

THE COURT:  SORRY COUNSEL, I DIDN'T MEAN TO EXCLUDE

YOU.

MS. HENDERSON: NO WORRIES. THANK YOU.

THE COURT: SO JUST FROM A HOUSEKEEPING PERSPECTIVE, I WILL PROBABLY ASK -- AND FORGIVE THE COURT FOR NOT REMEMBERING ALL YOUR NAMES INSTANTLY, EVEN THOUGH I THINK IT MIGHT SAY IT RIGHT UP HERE ON THE SCREEN -- I WILL JUST SAY DEFENSE COUNSEL OR PLAINTIFF'S COUNSEL AND THEN WHOEVER IS GOING TO SPEAK ON BEHALF OF YOUR RESPECTIVE CLIENTS CAN THEN PLEASE SPEAK UP. AND ANYBODY ELSE WHO WANTS TO SPEAK, JUST RAISE YOUR HAND.

SO WE ARE HERE FOR APPROVAL OF THE SETTLEMENT HEARING WHICH WE ALL KNOW IS MANDATORY. THESE ARE IMPORTANT, BUT RELATIVELY SHORT.

SO THE FIRST QUESTION I HAVE, AND THIS IS JUST GENERALLY FOR WHOEVER MIGHT BE ZOOMED IN, IF THERE'S ANYBODY HERE ON THIS ZOOM CONFERENCE OTHER THAN THE PEOPLE WHO HAVE CHECKED IN AND COUNSEL WHO MIGHT BE HERE FOR THIS HEARING, SUCH AS ANY -- ESPECIALLY ANY CLAIMANTS, WHETHER OBJECTORS OR NOT?

I WILL WAIT A FEW SECONDS TO SEE IF ANYBODY RAISES THEIR HAND.

ALL RIGHT. AND NOT HAVING HEARD ANY, AND I THINK MY COURTROOM DEPUTY WOULD HAVE BEEN AWARE OF THAT HAD IT HAPPENED.

SO I HAVE A COUPLE OF QUESTIONS. WHAT IS THE STATUS OF THE TWO -- OF THE THREE INVALID REQUESTS FOR EXCLUSION THAT WERE SUBMITTED? AND THIS IS ADDRESSING COUNSEL TO PAGE 15 OF

THE MOTION FOR FINAL APPROVAL, IN THE REPLY AT FOOTNOTE 1. WOULD ONE COUNSEL PLEASE LET US KNOW WHAT IS THE STATUS OF THOSE INVALID REQUESTS?

MR. ALVARADO:  SURE, YOUR HONOR.  THIS IS DARRYL ALVARADO.

WE HAD RECEIVED PREVIOUSLY AT THE TIME OF APPLYING FOR FINAL APPROVAL, EXCLUSION FOR POTENTIAL CLASS MEMBERS WHO HAD NOT SUBMITTED ANY INDICATION TO INDICATE THEY WERE CLASS MEMBERS.

SUBSEQUENT TO THAT, WE RECEIVED TWO EXCLUSIONS THAT DID INDICATE TWO MEMBERSHIP IN THE CLASS.  THOSE TWO EXCLUSIONS REPRESENTED ROUGHLY 2,100 SHARES OF HP STOCK, SO JUST TWO VALID EXCLUSIONS IN THIS CASE.

THE COURT:  AND IN TERMS OF PERCENTAGE OF THE TOTAL NUMBER OF SHARE REPRESENTED?

MR. ALVARADO:  A TINY FRACTION.

SO AS ANOTHER UPDATE FOR YOUR HONOR, AS OF WEDNESDAY, THE COURT APPOINTED CLAIMS ADMINISTRATOR VERITAS, WHO INDICATED TO US THEY HAD RECEIVED 115,000 CLAIMS.  THOSE ARE NOT APPROVED CLAIMS OBVIOUSLY, THEY ARE UNDER REVIEW.  THOSE 115,000 CLAIMS REPRESENT ROUGHLY 81 MILLION SHARES OF HP.  SO OBVIOUSLY 2,100 OF 81 MILLION IS WHAT HAS BEEN REQUESTED TO BE EXCLUDED FROM THIS CLASS.

THE COURT:  VERY WELL.  ALL RIGHT.  SO THOSE ARE NOTED.

THE SECOND QUESTION I HAVE IS ARE THERE ANY OBJECTIONS TO THE SETTLEMENT OR THE REQUEST FOR ATTORNEYS FEES?  AND FOR THE RECORD, NONE WERE LODGED AS OF JANUARY 5TH WHEN THE REPLY WAS FILED, WHICH AS YOU KNOW BODES WELL FOR THE SETTLEMENT.

AND I HAVE NOTED THERE A CASE THAT THIS COURT DECIDED, LSV V. HARDER MECHANICAL CONTRACTORS.  2023 WESTLAW 2620145 AT 5, IN WHICH I SAID -- I HATE TO QUOTE MYSELF BY THE WAY, I TRY TO AVOID IT IF POSSIBLE -- AND I DON'T LIKE WHEN COUNSEL DOES IT BECAUSE IT DOESN'T HAVE ANY WEIGHT BUT IT IS ON POINT -- WHERE I SAID, "ADDITIONALLY, THE FAVORABLE REACTION TO THE CLASS MEMBERS FAVORS GRANTING THE MOTION."

SO WITH THAT INTRODUCTION, ARE THERE ANY OBJECTIONS TO THE SETTLEMENT OR THE REQUEST FOR ATTORNEYS FEES THAT -- I WILL START WITH SINCE I HAVE COUNSEL UP THERE NOW, WOULD YOU TELL ME WHETHER THAT'S FROM YOUR PERSPECTIVE?

**MR. ALVARADO:**  YOUR HONOR, CORRECT.

WE ARE PLEASED TO REPORT THAT SUBSEQUENT TO THE DEADLINE, WHICH WAS ACTUALLY JANUARY 22ND, TO SUBMIT CLAIMS, THERE HAVE BEEN NO OBJECTIONS LODGED BY ANY CLASS MEMBER TO ANY RESPECT OF THE RELIEF SOUGHT, NOT THE SETTLEMENT, TO THE FEES AND EXPENSES OR TO THE PLAN OF ALLOCATION.

**THE COURT:**  ALL RIGHT.  THANK YOU.

LET ME TURN TO PLAINTIFF'S COUNSEL AND ASK IF YOU ARE AWARE OF ANY OBJECTIONS?

**MR. ALVARADO:**  I'M PLAINTIFF'S COUNSEL, YOUR HONOR.

**THE COURT:** OH, I'M SORRY.  I APOLOGIZE.  I HAD PARTY DYSLEXIA HERE FOR A MOMENT.

DEFENSE COUNSEL, PLEASE.

**MS. PERCOPO:** DEFENSE COUNSEL IS NOT AWARE OF ANY OBJECTIONS EITHER.

**THE COURT:** ALL RIGHT.  WELL THANK YOU VERY MUCH. THOSE ARE THE ONLY QUESTIONS I HAD.

AND I JUST WANT TO SAY THAT I REALLY APPRECIATE COUNSEL'S HARD WORK ON THIS MATTER, DIFFICULT MATTER, IT CERTAINLY FURTHERS THE INTEREST OF JUSTICE WHEN YOU ALL DO THIS GOOD WORK, WORK TOGETHER BUT APPROPRIATELY REPRESENT YOUR CLIENTS AND ENABLE THE COURT TO RELATIVELY EASILY SEE THAT THIS IS A VERY FAIR AND JUST AND APPROPRIATE, REASONABLE SETTLEMENT.

SO THANK COUNSEL FOR THAT AND WISH YOU ALL THE BEST.  AND THE MATTER -- I WILL BE SIGNING THE ORDER PROBABLY TODAY AT SOME POINT, THE FINAL ORDER.

THANK YOU VERY MUCH.  MATTER IS ADJOURNED.

**MR. ALVARADO:** THANK YOU, YOUR HONOR.

**MS. PERCOPO:** THANK YOU, YOUR HONOR.

(PROCEEDINGS CONCLUDED AT 9:05 A.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185

DATED:  MARCH 19, 2026

UNITED STATES COURT REPORTERS